☐AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   DELAWARE

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

V.

M.A. HANNA PLASTICS GROUP, INC.,
WILMINGTON ECONOMIC
DEVELOPMENT CORPORATION,
AND SIDNEY AND CAROL MAFFETT

CASE NUMBER: Civil Action    0 6 - 4 0 9

TO: (Name and address of Defendant)

M.A. HANNA PLASTICS GROUP, INC.
33587 Walker Road
Avon Lake, OH  44012

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patricia C. Hannigan
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046

an answer to the complaint which is served on you with this summons, within _____ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**
CLERK

JUN 2 8 2006
DATE

_Evette Walca_ (signature)
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>6/28/2006 |
| NAME OF SERVER *(PRINT)*<br>Kathie Gray | TITLE<br>Legal Assistant, U.S. Attorney's Office |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Served by consent via Federal Express on John Scagnelli, Esquire, Scarini & Hollenbeck, LLC, 1100 Valley Brook Avenue, Box 790, Lyndhurst, NJ 07071.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | 0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/28/2006
              Date

/s/ Kathie Gray
*Signature of Server*

1007 Orange St., Suite 700, Wilmington, DE  19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.