□AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   DELAWARE

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

V.

M.A. HANNA PLASTICS GROUP, INC.,
WILMINGTON ECONOMIC
DEVELOPMENT CORPORATION,
AND SIDNEY AND CAROL MAFFETT

CASE NUMBER: Civil Action    0 6 -    4 0 9

TO: (Name and address of Defendant)

SIDNEY AND CAROL MAFFETT
2421 Kingman Drive
Wilmington, DE  19810

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patricia C. Hannigan
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046

an answer to the complaint which is served on you with this summons, within _____ 20 days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk
of this Court within a reasonable period of time after service.

PETER T. DALLEO                          JUN 2 8 2006

CLERK                                    DATE

_Evette Watson_

(By) DEPUTY CLERK

☐AO 440  (Rev. 8/01)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>6/28/2006 |
| NAME OF SERVER *(PRINT)*<br>Kathie Gray | TITLE<br>Legal Assistant, U.S. Attorney's Office |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

◉  Other (specify):   Served by consent via Hand Delivery on Michael W. Arrington, Esquire, Parkowski Guerke & Swayze,
P.A., 800 King Street, Suite 203, Wilmington, DE 19801.

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | 0.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/28/2006                    /s/  Kathie Gray
　　　　　　　　　 Date                                    *Signature of Server*


　　　　　　　　　　　　　　 1007 Orange St., Suite 700, Wilmington, DE 19801
　　　　　　　　　　　　　　 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.