IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>M.A. HANNA PLASTICS GROUP, INC., )<br>WILMINGTON ECONOMIC )<br>DEVELOPMENT CORPORATION, )<br>AND SIDNEY AND CAROL MAFFETT, )<br>)<br>      Defendants. ) | Civil Action No. 06-409-JJF |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that the time within which Wilmington Economic Development Corporation has to move, answer or otherwise respond to the complaint in this action is extended through and including August 17, 2006.

| | |
|---|---|
| */s/ Robert W. Whetzel (#2288)*<br>Robert W. Whetzel (#2288)<br>Whetzel@rlf.com<br>Todd A. Coomes (#4694)<br>Coomes@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700<br>Attorneys for Defendant Wilmington<br>  Economic Development<br>  Corporation<br><br>Dated: July 10, 2006 | */s/ Patricia C. Hannigan (#2145)*<br>Patricia C. Hannigan (#2145)<br>Patricia.Hannigan@usdoj.gov<br>U.S. Attorney's Office<br>The Nemours Building<br>1007 Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington, Delaware 19899-2046<br>(302) 573-6277<br>Attorney for Plaintiff<br>  United States of America<br><br><br>Dated: July 10, 2006 |

**SO ORDERED** this ____ day of _____, 2006.

_____
United States District Judge

RLF1-3035020-1