IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| **M.A. HANNA PLASTICS GROUP, INC.,** : | **CIVIL ACTION 06-409-GMS** |
| **WILMINGTON ECONOMIC** : | |
| **DEVELOPMENT CORPORATION** : | |
| **AND SIDNEY AND CAROL MAFFETT,** : | |
| : | |
| Defendants. : | |

_____

### STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that the time within which M.A. Hanna Plastics Group, Inc. has to move, answer or otherwise respond to the complaint in this action is extended through and including August 15, 2006.

| | |
|---|---|
| /s/ Kenneth E. Aaron *(#4043)* | */s/ Patricia C. Hannigan (#2145)* |
| Kenneth E. Aaron, Esquire (#4043) | Patricia C. Hannigan, Esquire (#2145) |
| kaaron@weirpartners.com | Patricia.Hannigan@usdoj.gov |
| Jeffrey S. Cianciulli (#4369) | United States Attorney's Office |
| jcianciulli@weirpartners.com | The Nemours Building |
| 824 Market Street, Suite 1001 | 1007 Orange Street, Suite 700 |
| P.O. Box 708 | P.O. Box 2046 |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899 |
| (302) 652-8181 (telephone) | (302) 573-6277 (telephone) |
| Attorneys for Defendant | Attorney for Plaintiff |
| M.A. Hanna Plastics Group, Inc. | United States of America |
| | |
| Dated July 18, 2006 | Dated: July 18, 2006 |

**SO ORDERED** this ___ day of _____, 2006.

_____
United States District Judge

264669-1