IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| **M.A. HANNA PLASTICS GROUP, INC.,** : | **CIVIL ACTION 06-409-GMS** |
| **WILMINGTON ECONOMIC** : | |
| **DEVELOPMENT CORPORATION** : | |
| **AND SIDNEY AND CAROL MAFFETT,** : | |
| : | |
| Defendants. : | |

_____

## CERTIFICATE OF SERVICE

     I, Kenneth E. Aaron, hereby certify that on this 18th day of July, I did cause a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME** to be served via First Class Mail, postage pre-paid, upon those persons listed below:

Patricia C. Hannigan, Esquire
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

Robert W. Whetzel, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

                                             /s/ Kenneth E. Aaron, Esquire
                                                Kenneth E. Aaron, Esquire

264688-1