IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-409 GMS |
| | : | |
| M.A. HANNA PLASTICS GROUP, INC. | : | |
| WILMINGTON ECONOMIC | : | |
| DEVELOPMENT CORPORATION, | : | |
| AND SIDNEY AND CAROL MAFFETT, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel, and subject to approval of the Court, that the time by which Defendants Sidney and Carol Maffett have to move, answer, or otherwise respond to the complaint in this action is extended through and including August 17, 2006.

| | |
|---|---|
| */s/ Michael W. Arrington (#3603)* | */s/ Patricia C. Hannigan (#2145)* |
| Michael W. Arrington (#3603) | Patricia C. Hannigan (#2145) |
| marrington@pgslegal.com | patricia.hannigan@usdoj.gov |
| Parkowski, Guerke & Swayze, P.A. | United States Attorney's Office |
| 800 King Street, Suite 203 | 1007 Orange Street, Suite 700 |
| Wilmington, Delaware 19801 | PO Box 2046 |
| (302) 594-3333 | Wilmington, Delaware 19899 |
| *Attorneys for Defendants,* | (320) 573-6277 |
| *Sidney and Carol Maffett* | *Attorneys for Plaintiff* |
| DATED: July 18, 2006 | DATED: July 18, 2006 |

IT IS SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge