IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, :<br>:<br>Plaintiff, :<br>:<br>vs. :<br>:<br>M.A. HANNA PLASTICS GROUP, INC.,:<br>WILMINGTON ECONOMIC :<br>DEVELOPMENT CORPORATION :<br>AND SIDNEY AND CAROL MAFFETT, :<br>:<br>Defendants. : | CIVIL ACTION 06-409 |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local rule 83.5 and the attached certification, counsel moves the Admission *Pro Hac Vice* of Kathleen J. Devlin, Esquire to represent M.A. Hanna Plastics Group, Inc. in this civil action.

/s/ Kenneth E. Aaron, Esquire
Kenneth E. Aaron, Esquire
Jeffrey S. Cianciulli, Esquire
824 Market Street, Suite 1001
P.O. Box 708
Wilmington, Delaware 19899
(302) 652-8181 (telephone)
(302) 652-8909 (facsimile)

Dated: July 24, 2006

### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's Motion for Admission *Pro Hac Vice* is GRANTED.

_____
United States District Judge

264444-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| vs. : | |
| M.A. HANNA PLASTICS GROUP, INC., : | CIVIL ACTION 06-409 |
| WILMINGTON ECONOMIC : | |
| DEVELOPMENT CORPORATION : | |
| AND SIDNEY AND CAROL MAFFETT, : | |
| Defendants. : | |

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the United States Court of Appeals for the Third and Fourth Circuits, the United States District Court for the District of New Jersey, the Bars of the States of New Jersey and New York and the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this Motion.

Kathleen J. Devlin, Esquire
Scarinci & Hollenbeck, LLC
1100 Valley Brook Avenue
P.O. Box 790
Lyndhurst, NJ 07071

Date: 1/18/06

264444-1