IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| **M.A. HANNA PLASTICS GROUP, INC.,** : | **CIVIL ACTION 06-409-GMS** |
| **WILMINGTON ECONOMIC** : | |
| **DEVELOPMENT CORPORATION** : | |
| **AND SIDNEY AND CAROL MAFFETT,** : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

    I, Kenneth E. Aaron, hereby certify that on this 15th day of August, I did cause a true and correct copy of **DEFENDANT M.A. HANNA PLASTICS GROUP, INC.'S ANSWER, AFFIRMATIVE DEFENSES, AND CROSS CLAIMS** to be served upon those persons on the attached service list.

/s/ Kenneth E. Aaron, Esquire
Kenneth E. Aaron, Esquire

266696-1

**VIA HAND DELIVERY**
Patricia C. Hannigan, Esquire
U.S. Attorney's Office 32
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046


**VIA FIRST CLASS MAIL**
Andrew S. Goldman, Esquire
Senior Assistant Regional Counsel
U.S. EPA Region III
1650 Arch Street
Philadelphia, PA 19103

**VIA FIRST CLASS MAIL**
Robert W. Whetzel, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**VIA FIRST CLASS MAIL**
Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street
Suite 203
Wilmington, DE 19801

266693-1