# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>M.A. HANNA PLASTICS GROUP, INC., WILMINGTON ECONOMIC DEVELOPMENT CORPORATION AND SIDNEY AND CAROL MAFFETT,<br><br>　　　　　　Defendants. | CIVIL ACTION NO. 06-409(GMS)<br><br>**DEFENDANT M.A. HANNA PLASTICS GROUP, INC.'S ANSWER TO CROSS CLAIMS FILED BY SIDNEY AND CAROL MAFFETT** |

　　　　　Defendant-Cross Claimant, M.A. Hanna Plastics Group, Inc. ("Defendant" or "M.A. Hanna"), for its Answer to the Cross Claims filed by Sidney and Carol Maffett ("Maffett" and "Cross Claims") says as follows:

　　　　　1.　　　Defendant denies the allegations of Paragraph 1 of the Cross Claims filed by Sidney and Carol Maffett to the extent said allegations may be deemed to apply to Defendant.

267957-1

WHEREFORE, M.A. Hanna demands dismissal of the Cross Claims filed against it by Sidney and Carol Maffett with prejudice, costs of suit, and such other and further relief as the Court deems proper.

WEIR & PARTNERS LLP

/s/ Kenneth E. Aaron, Esquire
Kenneth E. Aaron, Esquire (4043)
824 Market Street
P.O. Box 708
Suite 1001
Wilmington, Delaware 19899
Telephone: (302) 652-8181
kaaron@weirpartners.com
Local Counsel for Defendant
M.A. HANNA PLASTICS GROUP, INC.


SCARINCI & HOLLENBECK, LLC

/s/ John M. Scagnelli, Esquire
John M. Scagnelli, Esquire
Kathleen J. Devlin, Esquire
1100 Valley Brook Avenue
P.O. Box 790
Lyndhurst, NJ 07071
Telephone: (201) 896-4100
jscagnelli@njlegalink.com
Attorneys for Defendant
M.A. HANNA PLASTICS GROUP, INC.

Dated: September 6, 2006