IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| M.A. HANNA PLASTICS GROUP, INC., : | CIVIL ACTION 06-409-GMS |
| WILMINGTON ECONOMIC : | |
| DEVELOPMENT CORPORATION : | |
| AND SIDNEY AND CAROL MAFFETT, : | |
| : | |
| Defendants. : | |

### CERTIFICATE OF SERVICE

I, Kenneth E. Aaron, hereby certify that on this 6th day of September, I did cause a true and correct copy of **DEFENDANT M.A. HANNA PLASTICS GROUP, INC.'S ANSWER TO CROSS CLAIMS FILED BY SIDNEY AND CAROL MAFFETT** to be served upon those persons on the attached service list.

/s/ Kenneth E. Aaron, Esquire
Kenneth E. Aaron, Esquire

267988-1

Patricia C. Hannigan, Esquire
U.S. Attorney's Office 32
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

Andrew S. Goldman, Esquire
Senior Assistant Regional Counsel
U.S. EPA Region III
1650 Arch Street
Philadelphia, PA 19103

Robert W. Whetzel, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street
Suite 203
Wilmington, DE 19801

Todd Anthony Coomes, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

266693-1