IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : Civil Action No. 06-409-GMS |
| M.A. HANNA PLASTICS GROUP, INC., WILMINGTON ECONOMIC DEVELOPMENT CORPORATION AND SIDNEY AND CAROL MAFFETT | : |
| Defendants | : |

## WILMINGTON ECONOMIC DEVELOPMENT CORPORATION'S ANSWER AND AFFIRMATIVE DEFENSES TO CROSS-CLAIM OF SIDNEY AND CAROL MAFFETT

Wilmington Economic Development Corporation ("WEDCO") hereby answers the cross-claim of Defendants Sidney and Carol Maffett (collectively the "Maffetts") as follows:

1. WEDCO hereby incorporates by reference its answer, affirmative defenses and cross-claims to Plaintiff's Complaint.

2. The allegations of Paragraph 1 of the Maffetts' cross-claim contain a characterization of the nature of the action and the requested relief, to which no responsive pleading is required. To the extent a response is deemed necessary, said allegations are denied.

### AFFIRMATIVE DEFENSES

WEDCO asserts the following affirmative defenses in response to the Maffetts' cross-claim:

### FIRST AFFIRMATIVE DEFENSE

3. The Maffetts' cross-claim fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

4.  To the extent that there was a release or threatened release of a hazardous substance at the 12th Street Dump Site that caused the United States to incur costs of removal or remedial action, that release or threat of release and the resulting costs were caused solely by the act or omission of a third party or parties other than an employee or agent of WEDCO and not in connection with a contractual relationship with WEDCO; WEDCO exercised due care with respect to any hazardous substance consistent with its knowledge at the time; and WEDCO took precautions against foreseeable acts or omissions of any such third parties and the consequences that could foreseeably result from such acts or omissions. As such, WEDCO is not liable pursuant to 42 U.S.C. § 9607(b)(3).

### THIRD AFFIRMATIVE DEFENSE

5.  WEDCO was not the proximate cause of any response costs, injuries, or damages relating to the alleged release or threatened release of hazardous substances; therefore, no liability exists on the part of WEDCO for any such costs, injury or damages.

WHEREFORE, WEDCO respectfully requests that this Court enter judgment in its favor and against the Maffetts with respect to the cross-claim alleged against WEDCO by the Maffetts; deny the relief requested by the Maffetts in their cross-claim; dismiss the cross-claim with prejudice; award WEDCO its attorney's fees and costs; and grant WEDCO such other and further relief as this Court deems just and proper.

Robert W. Whetzel (I.D. #2288)
Todd A. Coomes (I.D. #4694)
Richards, Layton & Finger
One Rodney Square
Post Office Box 551

2

Wilmington, Delaware 19899
Telephone: 302-651-7700
 Attorneys for the Wilmington
 Economic Development Corporation

3

RLF1-3051214-1

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY U.S. MAIL**

Patricia C. Hannigan, Esquire
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19899-2046

Kenneth E. Aaron, Esquire
Weir & Partners LLP
824 Market Street, Suite 1001
Wilmington, Delaware 19899

Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street, Suite 203
Wilmington, DE 19801

I hereby certify that on September 7, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

**BY U.S. MAIL**

John M. Scagnelli, Esquire
Kathleen J. Devlin, Esquire
Scarinci & Hollenbeck, LLC
1100 Valley Brook Avenue, P.O. Box 790
Lyndhurst, New Jersey 07071-0790

_____
Todd A. Coomes (#4694)
coomes@rlf.com

RLF1-3051214-1