IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil Action No. 06-409-GMS |
| : | |
| M.A. HANNA PLASTICS GROUP, INC., : | |
| WILMINGTON ECONOMIC : | **DEMAND FOR JURY TRIAL** |
| DEVELOPMENT CORPORATION : | |
| AND SIDNEY AND CAROL MAFFETT : | |
| : | |
| Defendants : | |

<u>JURY DEMAND OF DEFENDANT WILMINGTON ECONOMIC DEVELOPMENT CORPORATION</u>

Pursuant to FED. R. CIV. P. 38, Wilmington Economic Development Corporation ("WEDCO") hereby demands a trial by jury of any issue triable by jury in this action.

_____
Robert W. Whetzel (I.D. #2288)
Todd A. Coomes (I.D. #4694)
Richards, Layton & Finger
One Rodney Square
Post Office Box 551
Wilmington, Delaware 19899
Telephone: 302-651-7700
   Attorneys for the Wilmington
   Economic Development Corporation

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY U.S. MAIL

Patricia C. Hannigan, Esquire
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19899-2046

Kenneth E. Aaron, Esquire
Weir & Partners LLP
824 Market Street, Suite 1001
Wilmington, Delaware 19899

Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street, Suite 203
Wilmington, DE 19801

I hereby certify that on September 7, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

### BY U.S. MAIL

John M. Scagnelli, Esquire
Kathleen J. Devlin, Esquire
Scarinci & Hollenbeck, LLC
1100 Valley Brook Avenue, P.O. Box 790
Lyndhurst, New Jersey 07071-0790

Todd A. Coomes (#4694)
coomes@rlf.com

RLF1-3051139-1