IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :     C.A. No. 06-409 GMS |
| | : |
| M.A. HANNA PLASTICS GROUP, INC. | : |
| WILMINGTON ECONOMIC | : |
| DEVELOPMENT CORPORATION, | : |
| AND SIDNEY AND CAROL MAFFETT, | : |
| | : |
| Defendants. | : |

### SIDNEY AND CAROL MAFFETT'S ANSWER AND AFFIRMATIVE DEFENSES TO CROSS-CLAIMS OF WILMINGTON ECONOMIC DEVELOPMENT CORPORATION

COME NOW THE DEFENDANTS, Sidney and Carol Maffett (hereafter "Maffetts" or "Answering Defendants"), by and through their counsel, Parkowski, Guerke & Swayze, P.A., and answers the crossclaims asserted by Wilmington Economic Development Corporation, stating as follows:

44.   Upon information and belief, Answering Defendants admit the allegation.

45.   Upon information and belief, Answering Defendants admit the allegation.

46.   Upon information and belief, Answering Defendants admit the allegation.

47.   Upon information and belief, Answering Defendants admit the allegation.

48.   Upon information and belief, Answering Defendants admit the allegation.

49.   Admitted.

50.   Admitted

51.   Paragraph 51 states a legal conclusion denied as to the Answering Defendants.

### COUNT I – CERCLA CONTRIBUTION

52. Answering Defendants restate their Answers to Paragraphs 44 through 51 as if set forth more fully herein.

53. Denied as to Answering Defendants.

### COUNT II – DECLARATORY RELIEF UNDER CERCLA

54. Answering Defendants restate their Answers to Paragraphs 44 through 53 as if set forth more fully herein.

55. Denied as to Answering Defendants.

56. Denied as to Answering Defendants.

### COUNT III – BREACH OF CONTRACT

57. Answering Defendants restate their Answers to Paragraphs 44 through 56 as if set forth more fully herein.

58. Answering Defendants lack sufficient information to admit or deny the allegation.

59. Answering Defendants lack sufficient information to admit or deny the allegation.

60. Answering Defendants lack sufficient information to admit or deny the allegation.

61. Answering Defendants lack sufficient information to admit or deny the allegation.

62. Answering Defendants lack sufficient information to admit or deny the allegation.

63. Answering Defendants lack sufficient information to admit or deny the allegation.

64. Answering Defendants lack sufficient information to admit or deny the allegation.

65. Answering Defendants lack sufficient information to admit or deny the allegation.

### COUNT IV – INDEMNIFICATION

66. Answering Defendants restate their Answers to Paragraphs 44 through 65 as if set forth more fully herein.

67.     Answering Defendants lack sufficient information to admit or deny the allegation.

## COUNT V – FRAUD

68.     Answering Defendants restate their Answers to Paragraphs 44 through 67 as if set forth more fully herein.

69.     Answering Defendants lack sufficient information to admit or deny the allegation.

70.     Answering Defendants lack sufficient information to admit or deny the allegation.

71.     Answering Defendants lack sufficient information to admit or deny the allegation.

72.     Answering Defendants lack sufficient information to admit or deny the allegation.

73.     Answering Defendants lack sufficient information to admit or deny the allegation.

74.     Answering Defendants lack sufficient information to admit or deny the allegation.

75.     Answering Defendants lack sufficient information to admit or deny the allegation.

### FIRST AFFIRMATIVE DEFENSE

Crossclaimant has failed to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

To the extent that any release of hazardous substances occurred, such release was caused solely by the act or omission of an entity other than Answering Defendants.

### THIRD AFFIRMATIVE DEFENSE

Answering Defendants assert the affirmative defense under 42 U.S.C. § 9607(b)(3).

### FOURTH AFFIRMATIVE DEFENSE

Answering Defendants were not the proximate cause of any response costs, injuries, or damages relating to the alleged release or threatened release of hazardous substances giving rise to any liability.

FIFTH AFFIRMATIVE DEFENSE

Answering Defendants asserts an affirmative defense of contributory and/or comparative negligence.

SIXTH AFFIRMATIVE DEFENSE

Any liability on the part of Answering Defendants is secondary to the liability of Crossclaimant who transferred the property to Answering Defendants.

WHEREFORE, Answering Defendants respectfully request that the Court enter judgment in their favor with respect to the asserted cross-claims and dismiss the cross-claims with prejudice.

PARKOWSKI, GUERKE & SWAYZE, P.A.

BY: /s/ *Michael W. Arrington (#3603)*
MICHAEL W. ARRINGTON, ESQUIRE (#3603)
800 King Street, Suite 203
Wilmington, DE 19801
(302) 654-3300
*Attorneys for Defendants Sidney and Carol Maffett*

DATED: September 7, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    C.A. No. 06-409 GMS |
| | : |
| M.A. HANNA PLASTICS GROUP, INC. | : |
| WILMINGTON ECONOMIC | : |
| DEVELOPMENT CORPORATION, | : |
| AND SIDNEY AND CAROL MAFFETT, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

    I, MICHAEL W. ARRINGTON, HEREBY CERTIFY that on this 7th day of September, A.D., 2006, true and correct copies of the attached Answer to Crossclaims of Wilmington Economic Development Corporation were served upon the opposing counsel by e-filing:

Patricia C. Hannigan, Asst. United States Attorney
U.S. Department of Justice
1007 N. Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899-2046

Robert W. Whetzel, Esquire
Richards, Layton & Finger, P.A.
PO Box 551
Wilmington, DE 19899

Kenneth E. Aaron, Esquire
Weir & Partners, LLP
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107

John M. Scagnelli, Esquire
Kathleen J. Devlin, Esquire
Scarinci & Hollenbeck, LLC
PO Box 790
Lyndhurst, NJ 07071-0790

                        PARKOWSKI, GUERKE & SWAYZE, P.A.

BY:   /s/ *Michael W. Arrington (#3603)*
         MICHAEL W. ARRINGTON, ESQUIRE (#3603)
         800 King Street, Suite 203
         Wilmington, DE 19801
         (302) 654-3300
         *Attorneys for Defendants Sidney and Carol Maffett*

DATED: September 7, 2006