

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

The Nemours Building　　　　　　(302) 573-6277 x 156
1007 Orange Street, Suite 700　　　FAX (302) 573-6220
P.O. Box 2046　　　　　　　　　　　TTY (302) 573- 6274
Wilmington, Delaware 19899-2046　Toll Free (888) 293-8162
　　　　　　　　　　　　　　　　　*Patricia.Hannigan@usdoj.gov*

November 30, 2006

**VIA CM/ECF**

Honorable Gregory M. Sleet
U.S. District Judge
J. Caleb Boggs Federal Bldg
844 N. King Street, Room 4324
Lockbox 19
Wilmington, DE 19801

　　　RE:　United States v. M.A. Hanna Plastics Groups, Inc., et al.
　　　　　　**Civil Action No. 06-409-GMS**

Dear Judge Sleet:

　　　Enclosed please find, as requested by Your Honor, a proposed scheduling order reflecting the Court's rulings at our scheduling conference on November 22, 2006.

　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　COLM F. CONNOLLY
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By: /s/Patricia C. Hannigan
　　　　　　　　　　　　　　　　　　Patricia C. Hannigan
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Delaware Bar I.D. No. 2145
　　　　　　　　　　　　　　　　　　The Nemours Building
　　　　　　　　　　　　　　　　　　1007 Orange Street, Suite 700
　　　　　　　　　　　　　　　　　　P. O. Box 2046
　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-2046
　　　　　　　　　　　　　　　　　　(302) 573-6277
　　　　　　　　　　　　　　　　　　Patricia.Hannigan@usdoj.gov

PCH:md
Enclosure

cc:  Robert W. Whetzel, Esquire w/Enclosure/VIA CM/ECF
     Michael W. Arrington, Esquire w/Enclosure/VIA CM/ECF
     Kenneth E. Aaron, Esquire w/Enclosure/VIA CM/ECF
     John M. Scagnelli, Esquire w/Enclosure/VIA First Class Mail
     Kathleen J. Devlin, Esquire w/Enclosure/VIA First Class Mail
     Todd Anthony Coomes, Esquire w/Enclosure/VIA CM/ECF
     Andrew Goldman, Esquire w/Enclosure/VIA First Class Mail

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-409-GMS |
| M.A. HANNA PLASTICS GROUP, INC., WILMINGTON ECONOMIC DEVELOPMENT CORPORATION, AND SIDNEY AND CAROL MAFFETT, | : |
| Defendants. | : |

## SCHEDULING ORDER

This _____ day of _____ 2006, the Court having conducted a Rule 16 Scheduling Conference pursuant to Local Rule 16.2(b) on November 22, 2006, and the parties having determined after discussion that the matter cannot be resolved at this juncture by settlement, voluntary mediation or binding arbitration;

IT IS ORDERED that:

1. **Rule 26(a) Initial Disclosures**: Unless otherwise agreed to by the parties, they shall make their initial disclosures pursuant to Federal Rules of Civil Procedure 26(a) on or before **December 22, 2006**.

2. **Discovery**: All fact discovery in this case shall be initiated so that it will be completed on or before **October 8, 2007**. Initial reports by experts shall be produced on or before **October 8, 2007**. Responsive expert reports shall be produced on or before **November 8, 2007**. All expert discovery shall be completed on or before **January 4, 2008**.

   a. **Discovery and Scheduling Matters**: Should counsel find they are unable to resolve a discovery or scheduling matter, the party seeking the relief shall contact chambers at

(302) 573-6470 to schedule a telephone conference. Not less than forty-eight hours prior to the teleconference, the parties shall file with the court, via electronic means (CM/ECF), a **joint, nonargumentative** letter agenda not to exceed two (2) pages outlining the issue(s) in dispute. A sample letter can be located on this court's website at www.ded.uscourts.gov. Should the court find further briefing necessary upon conclusion of the telephone conference, unless otherwise directed, the party seeking relief shall file with the court a **TWO PAGE LETTER**, exclusive of exhibits, describing the issues in contention. The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than **TWO PAGES**. The party seeking relief may then file a reply letter of no more than **TWO PAGES** within three (3) days from the date of service of the answering letter.

3. **Confidential Information and Papers filed under Seal**: Should counsel find it will be necessary to apply to the court for a protective order specifying terms and conditions for the disclosure of confidential information, they should confer and attempt to reach an agreement on a proposed form of order and submit it to the court within ten (10) days from the date of this order. When filing papers under seal, counsel should deliver to the Clerk an original and two copies of the papers.

**If, after making a diligent effort, the parties are unable to agree on the contents of the joint, proposed protective order, then they shall follow the dispute resolution process outlined in paragraph 3(a).**

4. **Settlement Conference**: Pursuant to 28 U.S.C. § 636, this matter is referred to the United States Magistrate for the purpose of exploring the possibility of a settlement. If the

parties agree that the possibility of settlement may be enhanced by such referral, the parties shall contact Magistrate Judge Thynge to schedule a settlement conference with counsel and clients.

5. **Case Dispositive Motions**: All case dispositive motions and an opening brief and affidavits, if any, in support of the motion shall be served and filed on or before **October 22, 2007.** The schedule for briefing such motions shall be governed by Local Rule 7.1.2 Briefing will be presented pursuant to the court's Local Rules, unless the parties agree to an alternative briefing schedule. Any such agreement shall be in writing and filed with the Court for the Court's approval. Any request for extensions of time as set forth in this Scheduling Order **must** be accompanied by an explanation or your request will be denied.

6. **Applications by Motion**: Except as provided in this Scheduling Order or for matters relating to scheduling, any application to the Court shall be by written motion filed, via electronic means (CM/ECF). Unless otherwise requested by the Court, counsel shall **not** deliver copies of papers or correspondence to Chambers. Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

7. **Oral Argument**: If the Court believes that oral argument is necessary, the Court will schedule a hearing Pursuant to Local Rule 7.1.4.

8. **Pretrial Conference**: On **March 6, 2008**, at **10:00 a.m.**, the Court will hold a Pretrial Conference in chambers with counsel. Unless otherwise ordered by the Court, the parties should assume that filing the Pretrial Order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). The parties shall file with the court the Joint Proposed Final Pretrial Order with the information required by the form of Final Pretrial Order on or before **February 11, 2008,** including fully briefed motions in limine, if any, and any motions to strike

the jury trial demand of defendant WEDCO. A sample form of Pretrial Order can be located on this court's website at www.ded.uscourts.gov.

9. **Trial**: This matter is scheduled for a 10-day trial beginning at 9:00 a.m. on **April 7, 2008**.

10. **Scheduling**: The parties shall contact chambers, at (302) 573-6470, only in situations where scheduling relief is sought and only then when ALL participating counsel is on the line for purposes of selecting a new date.

                                        _____
                                        HONORABLE GREGORY M. SLEET
                                        United States District Judge