IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No.06-409-GMS |
| M.A. HANNA PLASTICS GROUP, INC., WILMINGTON ECONOMIC DEVELOPMENT CORPORATION, and SIDNEY AND CAROL MAFFETT, | : |
| Defendants. | : |

## NOTICE OF SERVICE

The United States Environmental Protection Agency, plaintiff in the above-captioned civil action, by and through its undersigned counsel, hereby states that the following document was served on December 19, 2006, upon the parties on the attached service list in the manner indicated:

**UNITED STATES' INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) and ATTACHMENT 1**

COLM F. CONNOLLY
United States Attorney

BY: _____
Patricia C. Hannigan
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

**SERVICE LIST**
**Civil Action No. 06-409 (GMS)**

Robert W. Whetzel, Esquire
Richards, Layton & Finger
PO Box 551
Wilmington, DE 19899
via Hand Delivery

Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street
Suite 203
Wilmington, DE 19801
via Hand Delivery

John M. Scagnelli, Esquire
Kathleen J. Devlin, Esquire
Scarinci & Hollenbeck, LLC
PO Box 790
Lundhurst, NJ 07071-0790
via Federal Express

Kenneth E. Aaron, Esquire
Weir & Partners, LLP
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107
via Federal Express