IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  :<br>  :<br>   Plaintiff,   :<br>  :<br> vs.   :<br>  :<br>M.A. HANNA PLASTICS GROUP, INC.,:<br>WILMINGTON ECONOMIC   :<br>DEVELOPMENT CORPORATION   :<br>AND SIDNEY AND CAROL MAFFETT,:<br>  :<br>   Defendants.   : | CIVIL ACTION 06-409-GMS |

## NOTICE OF SERVICE

Defendant, M.A. Hanna Plastic Group, Inc., by and through its undersigned counsel, hereby states that the following document was served on December 21, 2006, upon the parties on the attached services list in the manner indicated:

**M.A. HANNA PLASTICS GROUP, INC.'S RULE 26 DISCLOSURE**

                         WEIR & PARTNERS LLP

                         By: /s/ Kenneth E. Aaron, Esquire
                                Kenneth E. Aaron, Esquire
                                WEIR & PARTNERS LLP
                                Kenneth E. Aaron, Esq. (4043)
                                824 Market Street
                                P.O. Box 708
                                Suite 1001
                                Wilmington, Delaware 19899
                                Telephone: (215) 241-7727
                                kaaron@weirpartners.com
                                Local Counsel for Defendant, M.A.
                                Hanna Plastics Group, Inc.

266696-1

266696-1

                                                                          _____
                                                                         JOHN M. SCAGNELLI
                                                                         KATHLEEN J. DEVLIN
                                                                         SCARINCI & HOLLENBECK, LLC
                                                                         John M. Scagnelli, Esq.
                                                                         Kathleen J. Devlin, Esq.
                                                                         1100 Valley Brook Avenue, P.O. BOX 790
                                                                         Lyndhurst, New Jersey 07071-0790
                                                                         Telephone: (201) 896-4100
                                                                         Attorneys for Defendant, M.A. Hanna
                                                                         Plastics Group, Inc.

Dated: December 21, 2006

## SERVICE LIST

Patricia C. Hannigan, Esquire
U.S. Attorney's Office 32
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
Via Federal Express

Andrew S. Goldman, Esquire
Senior Assistant Regional Counsel
U.S. EPA Region III
1650 Arch Street
Philadelphia, PA 19103
Via Federal Express

Robert W. Whetzel, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Via Federal Express

Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street
Suite 203
Wilmington, DE 19801

Todd Anthony Coomes, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Via Federal Express

266693-1