IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **M.A. HANNA PLASTICS GROUP, INC.,** | : | **CIVIL ACTION 06-409-GMS** |
| **WILMINGTON ECONOMIC** | : | |
| **DEVELOPMENT CORPORATION** | : | |
| **AND SIDNEY AND CAROL MAFFETT,** | : | |
| | : | |
| Defendants. | : | |

_____

### NOTICE OF SERVICE

Defendant, M.A. Hanna Plastic Group, Inc., by and through its undersigned counsel, hereby states that the following document was served on December 21, 2006, upon the parties on the attached services list in the manner indicated:

**FIRST REQUEST FOR PRODUCTION OF DOCUMENTS
PROPOUNDED UPON DEFENDANTS SIDNEY AND CAROL MAFFETT
BY DEFENDANT M.A. HANNA PLASITCS GROUP, INC.**

WEIR & PARTNERS LLP

By: /s/ Kenneth E. Aaron, Esquire
  Kenneth E. Aaron, Esquire
  WEIR & PARTNERS LLP
  Kenneth E. Aaron, Esq. (4043)
  824 Market Street
  P.O. Box 708
  Suite 1001
  Wilmington, Delaware 19899
  Telephone: (215) 241-7727
  kaaron@weirpartners.com
  Local Counsel for Defendant, M.A.
  Hanna Plastics Group, Inc.

266696-1

                                                                                    _____
                                      JOHN M. SCAGNELLI
KATHLEEN J. DEVLIN
SCARINCI & HOLLENBECK, LLC
John M. Scagnelli, Esq.
Kathleen J. Devlin, Esq.
1100 Valley Brook Avenue, P.O. BOX 790
Lyndhurst, New Jersey 07071-0790
Telephone: (201) 896-4100
Attorneys for Defendant, M.A. Hanna
Plastics Group, Inc.

Dated: December 21, 2006

266696-1

## SERVICE LIST

Patricia C. Hannigan, Esquire
U.S. Attorney's Office 32
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
Via Federal Express

Andrew S. Goldman, Esquire
Senior Assistant Regional Counsel
U.S. EPA Region III
1650 Arch Street
Philadelphia, PA 19103
Via Federal Express

Robert W. Whetzel, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Via Federal Express

Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street
Suite 203
Wilmington, DE 19801

Todd Anthony Coomes, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Via Federal Express

266693-1