IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, :<br>:<br>Plaintiff :<br>:<br>v. :<br>:<br>M.A. HANNA PLASTICS GROUP, INC., :<br>WILMINGTON ECONOMIC :<br>DEVELOPMENT CORPORATION :<br>AND SIDNEY AND CAROL MAFFETT :<br>:<br>Defendants : | Civil Action No. 06-409-GMS<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 22, 2006, copies of Defendant Wilmington Economic Development Corporation's FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT M.A. HANNA PLASTICS GROUP, INC. were served on counsel as identified below:

**BY HAND DELIVERY**
Patricia C. Hannigan, Esquire
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19899-2046

Kenneth E. Aaron, Esquire
Weir & Partners LLP
824 Market Street, Suite 1001
Wilmington, Delaware 19899

**BY FEDERAL EXPRESS**
Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street, Suite 203
Wilmington, DE 19801

John M. Scagnelli, Esquire
Kathleen J. Devlin, Esquire
Scarinci & Hollenbeck, LLC
1100 Valley Brook Avenue, P.O. Box 790
Lyndhurst, New Jersey 07071-0790

|  |  |
|---|---|
| Dated: December 22, 2006 | /s/ Todd A. Coomes<br>Robert W. Whetzel (#2288)<br>Todd A. Coomes (#4694)<br>RICHARDS, LAYTON & FINGER PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>whetzel@rlf.com<br>coomes@rlf.com<br>Attorneys for Defendant Wilmington<br>Economic Development Corporation |