IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : Civil Action No. 06-409-GMS |
| M.A. HANNA PLASTICS GROUP, INC., WILMINGTON ECONOMIC DEVELOPMENT CORPORATION AND SIDNEY AND CAROL MAFFETT | : **JURY TRIAL DEMANDED** |
| Defendants | : |

## NOTICE OF SERVICE

    PLEASE TAKE NOTICE that on January 24, 2007, copies of Defendants M.A. Hanna Plastics Group, Inc. and Wilmington Economic Development Corporation STIPULATION TO EXTEND DISCOVERY RESPONSE TIME PURSUANT TO RULE 29 were served on counsel as identified below:

**BY U.S. MAIL:**
Patricia C. Hannigan, Esquire
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware  19899-2046


Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street, Suite 203
Wilmington, DE  19801

|  |  |
|---|---|
| Dated: January 24, 2007 | /s/ *signature*<br>Robert W. Whetzel (#2288)<br>Todd A. Coomes (#4694)<br>RICHARDS, LAYTON & FINGER PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>whetzel@rlf.com<br>coomes@rlf.com<br>Attorneys for Defendant Wilmington<br>Economic Development Corporation |