IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,       : | |
|                                 : | |
| Plaintiff,                      : | |
|                                 : | |
| v.                              : | Civil Action No. 06-409-GMS |
|                                 : | |
| M.A. HANNA PLASTICS GROUP, INC.,: | |
| WILMINGTON ECONOMIC             : | |
| DEVELOPMENT CORPORATION,        : | |
| AND SIDNEY AND CAROL MAFFETT,   : | |
|                                 : | |
| Defendants.                     : | |

### NOTICE OF SERVICE

I Patricia C. Hannigan, hereby certify that on **January 25, 2007**, two copies of **PLAINTIFF UNITED STATES' RESPONSE TO DEFENDANT M.A. HANNA'S FIRST SET OF INTERROGATORIES** and **PLAINTIFF UNITED STATES' RESPONSE TO DEFENDANT M.A. HANNA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** were served, as indicated, upon counsel at the following addresses:

**Robert W. Whetzel, Esquire**
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7634
(302) 651-7701 (FAX)
whetzel@rlf.com
gibson@rlf.com
**via First Class U.S. Mail**

**Michael W. Arrington, Esquire**
Parkowski, Guerke & Swayze
800 King Street, Suite 203
Wilmington, DE 19801
(302) 594-3333
(302) 654-3033 (FAX)
marrington@pgslegal.com
**via First Class U.S. Mail**

**Kenneth E. Aaron, Esquire**
Weir & Partners, LLP
The Widener Building
1339 Chestnut St, Suite 500
Philadelphia, PA 19107
215-665-8181
Kaaron@weirpartners.com
**via First Class U.S. Mail**

**Kathleen J. Devlin, Esquire**
Scarinci & Hallenbeck LLC
1100 Valley Brook Avenue
P.O. Box 790
Lyndhurst, NJ 07071-0790
201-896-4100
201-896-8660 (FAX)
kdevlin@njlegalink.com
**via First Class U.S. Mail**

**John M. Scagnelli, Esquire**
Scarinci & Hollenbeck, LLC
1100 Valley Brook Avenue
Lyndhurst, NJ 07071-0790
(201) 896-4100
(201) 896-8660 (FAX)
jscagnelli@njlegalink.com
**via First Class U.S. Mail**

**Andrew Goldman**
Sr. Assistant Regional Counsel
U.S. Environmental Protection Agency
1650 Arch Street
Philadelphia, PA 19103
(215) 814-2487
goldman.andrew@epa.gov
**via First Class U.S. Mail**

**Todd Anthony Coomes, Esquire**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7507
Fax: (302) 498-7507
coomes@rlf.com
**via First Class U.S. Mail**

COLM F. CONNOLLY
United States Attorney

By: /s/Patricia C. Hannigan
    Patricia C. Hannigan
    Assistant United States Attorney
    Delaware Bar I.D. No. 2145
    The Nemours Building
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277
    Patricia.Hannigan@usdoj.gov