**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **M.A. HANNA PLASTICS GROUP, INC.,** | : | **CIVIL ACTION 06-409-GMS** |
| **WILMINGTON ECONOMIC** | : | |
| **DEVELOPMENT CORPORATION** | : | |
| **AND SIDNEY AND CAROL MAFFETT,** | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

Defendant, M.A. Hanna Plastic Group, Inc., by and through its undersigned

counsel, hereby states that the following document was served on February 20, 2007,

upon the parties on the attached service list in the manner indicated:

**DEFENDANT M.A. HANNA PLASTICS GROUP, INC.'S ANSWERS**
**TO FIRST SET FOR INTERROGATORIES PROPOUNDED BY**
**WILMINGTON ECONOMIC DEVELOPMENT CORPORATION**

WEIR & PARTNERS LLP

By: /s/ Kenneth E. Aaron, Esquire
     Kenneth E. Aaron, Esquire
     WEIR & PARTNERS LLP
     Kenneth E. Aaron, Esq. (4043)
     824 Market Street
     P.O. Box 708
     Suite 1001
     Wilmington, Delaware 19899
     Telephone: (215) 241-7727
     kaaron@weirpartners.com
     Local Counsel for Defendant, M.A.
     Hanna Plastics Group, Inc.

JOHN M. SCAGNELLI
KATHLEEN J. DEVLIN
SCARINCI & HOLLENBECK, LLC
John M. Scagnelli, Esq.
Kathleen J. Devlin, Esq.
1100 Valley Brook Avenue, P.O. BOX 790
Lyndhurst, New Jersey 07071-0790
Telephone:  (201) 896-4100
Attorneys for Defendant, M.A. Hanna
Plastics Group, Inc.

Dated:   February 20, 2007

**SERVICE LIST**

Patricia C. Hannigan, Esquire
U.S. Attorney's Office 32
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
Via First Class Mail

Andrew S. Goldman, Esquire
Senior Assistant Regional Counsel
U.S. EPA Region III
1650 Arch Street
Philadelphia, PA 19103
Via First Class Mail

Robert W. Whetzel, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Via First Class Mail

Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street
Suite 203
Wilmington, DE 19801
Via First Class Mail

Todd Anthony Coomes, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Via First Class Mail