IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> M.A. HANNA PLASTICS GROUP, INC., : <br> WILMINGTON ECONOMIC : <br> DEVELOPMENT CORPORATION : <br> AND SIDNEY AND CAROL MAFFETT, : <br> : <br> Defendants. : | CIVIL ACTION 06-409-GMS |

## NOTICE OF SERVICE

Defendant, M.A. Hanna Plastic Group, Inc., by and through its undersigned counsel, hereby states that the following document was served on February 20, 2007, upon the parties on the attached service list in the manner indicated:

**DEFENDANT M.A. HANNA PLASTICS GROUP, INC.'S RESPONSE TO WILMINGTON ECONOMIC DEVELOPMENT CORPORATION'S FIRST DEMAND FOR PRODUCTION OF DOCUMENTS**

278863-1

WEIR & PARTNERS LLP

By: /s/ Kenneth E. Aaron, Esquire
    Kenneth E. Aaron, Esquire
    WEIR & PARTNERS LLP
    Kenneth E. Aaron, Esq. (4043)
    824 Market Street
    P.O. Box 708
    Suite 1001
    Wilmington, Delaware 19899
    Telephone: (215) 241-7727
    kaaron@weirpartners.com
    Local Counsel for Defendant, M.A.
    Hanna Plastics Group, Inc.


JOHN M. SCAGNELLI
KATHLEEN J. DEVLIN
SCARINCI & HOLLENBECK, LLC
John M. Scagnelli, Esq.
Kathleen J. Devlin, Esq.
1100 Valley Brook Avenue, P.O. BOX 790
Lyndhurst, New Jersey 07071-0790
Telephone: (201) 896-4100
Attorneys for Defendant, M.A. Hanna
Plastics Group, Inc.

Dated: February 20, 2007

278863-1

# SERVICE LIST

Patricia C. Hannigan, Esquire
U.S. Attorney's Office 32
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
Via First Class Mail

Andrew S. Goldman, Esquire
Senior Assistant Regional Counsel
U.S. EPA Region III
1650 Arch Street
Philadelphia, PA 19103
Via First Class Mail

Robert W. Whetzel, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Via First Class Mail

Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street
Suite 203
Wilmington, DE 19801
Via First Class Mail

Todd Anthony Coomes, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Via First Class Mail

266693-1