IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil Action No. 06-409-GMS |
| : | |
| M.A. HANNA PLASTICS GROUP, INC., : | **JURY TRIAL DEMANDED** |
| WILMINGTON ECONOMIC : | |
| DEVELOPMENT CORPORATION : | |
| AND SIDNEY AND CAROL MAFFETT : | |
| : | |
| Defendants : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 22, 2007, copies of Defendant Wilmington Economic Development Corporation's OBJECTIONS AND RESPONSES TO FIRST SET OF INTERROGATORIES BY DEFENDANT M.A. HANNA PLASTICS GROUP, INC. were served on counsel as identified below:

**BY HAND DELIVERY**

Patricia C. Hannigan, Esquire
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware  19899-2046

Kenneth E. Aaron, Esquire
Weir & Partners LLP
824 Market Street, Suite 1001
Wilmington, Delaware  19899

**BY FEDERAL EXPRESS**

Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street, Suite 203
Wilmington, DE  19801

John M. Scagnelli, Esquire
Kathleen J. Devlin, Esquire
Scarinci & Hollenbeck, LLC
1100 Valley Brook Avenue, P.O. Box 790
Lyndhurst, New Jersey  07071-0790

Dated: February 22, 2007

/s/ Robert W. Whetzel

Robert W. Whetzel (#2288)
Todd A. Coomes (#4694)
RICHARDS, LAYTON & FINGER PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
whetzel@rlf.com
coomes@rlf.com
Attorneys for Defendant Wilmington
Economic Development Corporation