IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-409 GMS |
| | : | |
| M.A. HANNA PLASTICS GROUP, INC. | : | |
| WILMINGTON ECONOMIC | : | |
| DEVELOPMENT CORPORATION, | : | |
| AND SIDNEY AND CAROL MAFFETT, | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF SERVICE

I, MICHAEL W. ARRINGTON, HEREBY CERTIFY that on this 5th day of March, A.D., 2007, a true and correct copy of Defendant Sidney and Carol Maffett's Response to First Request for Production of Documents were served upon the opposing counsel as follows:

**Via Hand Delivery**
Patricia C. Hannigan, Asst. United States Attorney
U.S. Department of Justice
1007 N. Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899-2046

**Via Hand Delivery**
Robert W. Whetzel, Esquire
Richards, Layton & Finger, P.A.
PO Box 551
Wilmington, DE 19899

**Via First Class Mail**
Kenneth E. Aaron, Esquire
Weir & Partners, LLP
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107

**Via First Class Mail**
John M. Scagnelli, Esquire
Kathleen J. Devlin, Esquire
Scarinci & Hollenbeck, LLC
PO Box 790
Lyndhurst, NJ 07071-0790

PARKOWSKI, GUERKE & SWAYZE, P.A.

BY: /s/ *Michael W. Arrington (#3603)*
MICHAEL W. ARRINGTON, ESQUIRE (#3603)
800 King Street, Suite 203
Wilmington, DE 19801
(302) 654-3300
*Attorneys for Defendants Sidney and Carol Maffett*

DATED: March 5, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 06-409 GMS |
| : | |
| M.A. HANNA PLASTICS GROUP, INC. : | |
| WILMINGTON ECONOMIC : | |
| DEVELOPMENT CORPORATION, : | |
| AND SIDNEY AND CAROL MAFFETT, : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, MICHAEL W. ARRINGTON, HEREBY CERTIFY that on this 5th day of March, A.D., 2007, a true and correct copy of the Notice of Service of Defendant Sidney and Carol Maffett's Response to First Request for Production of Documents was served upon the opposing counsel by e-filing:

Patricia C. Hannigan, Asst. United States Attorney
U.S. Department of Justice
1007 N. Orange Street, Suite 700
PO Box 2046
Wilmington, DE  19899-2046

Robert W. Whetzel, Esquire
Richards, Layton & Finger, P.A.
PO Box 551
Wilmington, DE  19899

Kenneth E. Aaron, Esquire
Weir & Partners, LLP
1339 Chestnut Street, Suite 500
Philadelphia, PA  19107

John M. Scagnelli, Esquire
Kathleen J. Devlin, Esquire
Scarinci & Hollenbeck, LLC
PO Box 790
Lyndhurst, NJ  07071-0790

PARKOWSKI, GUERKE & SWAYZE, P.A.

BY:   /s/ *Michael W. Arrington (#3603)*
MICHAEL W. ARRINGTON, ESQUIRE (#3603)
800 King Street, Suite 203
Wilmington, DE  19801
(302) 654-3300
*Attorneys for Defendants Sidney and Carol Maffett*