IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> M.A. HANNA PLASTICS GROUP, INC. : <br> WILMINGTON ECONOMIC : <br> DEVELOPMENT CORPORATION, : <br> AND SIDNEY AND CAROL MAFFETT, : <br> : <br> Defendants. : | C.A. No. 06-409 GMS |

**NOTICE OF SERVICE**

I, MICHAEL W. ARRINGTON, HEREBY CERTIFY that on this 5th day of March, A.D., 2007, two true and correct copies of Defendant Sidney and Carol Maffett's Answers to Interrogatories were served upon the opposing counsel as follows:

**Via Hand Delivery**
Patricia C. Hannigan, Asst. United States Attorney
U.S. Department of Justice
1007 N. Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899-2046

**Via Hand Delivery**
Robert W. Whetzel, Esquire
Richards, Layton & Finger, P.A.
PO Box 551
Wilmington, DE 19899

**Via First Class Mail**
Kenneth E. Aaron, Esquire
Weir & Partners, LLP
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107

**Via First Class Mail**
John M. Scagnelli, Esquire
Kathleen J. Devlin, Esquire
Scarinci & Hollenbeck, LLC
PO Box 790
Lyndhurst, NJ 07071-0790

PARKOWSKI, GUERKE & SWAYZE, P.A.

BY: /s/ *Michael W. Arrington (#3603)*
MICHAEL W. ARRINGTON, ESQUIRE (#3603)
800 King Street, Suite 203
Wilmington, DE 19801
(302) 654-3300
*Attorneys for Defendants Sidney and Carol Maffett*

DATED: March 5, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.   : | C.A. No. 06-409 GMS |
| : | |
| M.A. HANNA PLASTICS GROUP, INC. : | |
| WILMINGTON ECONOMIC : | |
| DEVELOPMENT CORPORATION, : | |
| AND SIDNEY AND CAROL MAFFETT, : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, MICHAEL W. ARRINGTON, HEREBY CERTIFY that on this 5th day of March, A.D., 2007, a true and correct copy of the Notice of Service of Defendant Sidney and Carol Maffett's Answers to Interrogatories were served upon the opposing counsel by e-filing:

Patricia C. Hannigan, Asst. United States Attorney
U.S. Department of Justice
1007 N. Orange Street, Suite 700
PO Box 2046
Wilmington, DE  19899-2046

Robert W. Whetzel, Esquire
Richards, Layton & Finger, P.A.
PO Box 551
Wilmington, DE  19899

Kenneth E. Aaron, Esquire
Weir & Partners, LLP
1339 Chestnut Street, Suite 500
Philadelphia, PA  19107

John M. Scagnelli, Esquire
Kathleen J. Devlin, Esquire
Scarinci & Hollenbeck, LLC
PO Box 790
Lyndhurst, NJ  07071-0790

PARKOWSKI, GUERKE & SWAYZE, P.A.

BY:   /s/ *Michael W. Arrington (#3603)*
MICHAEL W. ARRINGTON, ESQUIRE (#3603)
800 King Street, Suite 203
Wilmington, DE  19801
(302) 654-3300
*Attorneys for Defendants Sidney and Carol Maffett*