IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> M.A. HANNA PLASTICS GROUP, INC.,: <br> WILMINGTON ECONOMIC : <br> DEVELOPMENT CORPORATION : <br> AND SIDNEY AND CAROL MAFFETT,: <br> : <br> Defendants. : | CIVIL ACTION 06-409-GMS |

## NOTICE OF SERVICE

Defendant, M.A. Hanna Plastic Group, Inc., by and through its undersigned counsel, hereby states that the following document was served on March 28, 2007, upon the parties on the attached service list in the manner indicated:

**DEFENDANT M.A. HANNA PLASTICS GROUP, INC.'S RESPONSES
TO FIRST SET OF INTERROGATORIES PROPOUNDED BY
THE UNITED STATES OF AMERICA**

WEIR & PARTNERS LLP

By: /s/ Kenneth E. Aaron, Esquire
    Kenneth E. Aaron, Esquire
    WEIR & PARTNERS LLP
    Kenneth E. Aaron, Esq. (4043)
    824 Market Street
    P.O. Box 708
    Suite 1001
    Wilmington, Delaware 19899
    Telephone: (215) 241-7727
    kaaron@weirpartners.com
    Local Counsel for Defendant, M.A.
    Hanna Plastics Group, Inc.

281620-1

281620-1

                                        JOHN M. SCAGNELLI
                                        KATHLEEN J. DEVLIN
                                        SCARINCI & HOLLENBECK, LLC
                                        John M. Scagnelli, Esq.
                                        Kathleen J. Devlin, Esq.
                                        1100 Valley Brook Avenue, P.O. BOX 790
                                        Lyndhurst, New Jersey 07071-0790
                                        Telephone: (201) 896-4100
                                        Attorneys for Defendant, M.A. Hanna
                                        Plastics Group, Inc.

Dated: March 28, 2007

## SERVICE LIST

Patricia C. Hannigan, Esquire
U.S. Attorney's Office 32
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
Via Overnight Delivery

Andrew S. Goldman, Esquire
Senior Assistant Regional Counsel
U.S. EPA Region III
1650 Arch Street
Philadelphia, PA 19103
Via Overnight Delivery

Robert W. Whetzel, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Via Overnight Delivery

Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street
Suite 203
Wilmington, DE 19801
Via Overnight Delivery

Todd Anthony Coomes, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Via Overnight Delivery

266693-1