IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,         :
                                  :
            Plaintiff,            :
                                  :
      v.                          :   Civil Action No. 06-409-GMS
                                  :
M.A. HANNA PLASTICS GROUP, INC.,  :
WILMINGTON ECONOMIC               :
DEVELOPMENT CORPORATION,          :
AND SIDNEY AND CAROL MAFFETT,     :
                                  :
            Defendants.           :

## NOTICE OF SERVICE

I Patricia C. Hannigan, hereby certify that on **April 4, 2007**, copies of **UNITED STATES' FIRST SET OF INTERROGATORIES PROPOUNDED UPON DEFENDANT WILMINGTON ECONOMIC DEVELOPMENT CORPORATION** was served, via First Class U.S. Mail, postage prepaid, upon counsel at the following addresses:

**Robert W. Whetzel, Esquire**
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7634
(302) 651-7701 (FAX)
whetzel@rlf.com
gibson@rlf.com

**Michael W. Arrington, Esquire**
Parkowski, Guerke & Swayze
800 King Street, Suite 203
Wilmington, DE 19801
(302) 594-3333
(302) 654-3033 (FAX)
marrington@pgslegal.com

**Kenneth E. Aaron, Esquire**
Weir & Partners, LLP
The Widener Building
1339 Chestnut St, Suite 500
Philadelphia, PA 19107
215-665-8181
Kaaron@weirpartners.com

**Kathleen J. Devlin, Esquire**
Scarinci & Hallenbeck LLC
1100 Valley Brook Avenue
P.O. Box 790
Lyndhurst, NJ 07071-0790
201-896-4100
201-896-8660 (FAX)
kdevlin@njlegalink.com

<div style="display: flex;">

**John M. Scagnelli, Esquire**
Scarinci & Hollenbeck, LLC
1100 Valley Brook Avenue
Lyndhurst, NJ 07071-0790
(201) 896-4100
(201) 896-8660 (FAX)
jscagnelli@njlegalink.com

**Todd Anthony Coomes, Esquire**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7507
Fax: (302) 498-7507
coomes@rlf.com

COLM F. CONNOLLY
United States Attorney

By: /s/Patricia C. Hannigan
    Patricia C. Hannigan
    Assistant United States Attorney
    Delaware Bar I.D. No. 2145
    The Nemours Building
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277
    Patricia.Hannigan@usdoj.gov

</div>