IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil Action No. 06-409-GMS |
| : | |
| M.A. HANNA PLASTICS GROUP, INC., : | **JURY TRIAL DEMANDED** |
| WILMINGTON ECONOMIC : | |
| DEVELOPMENT CORPORATION : | |
| AND SIDNEY AND CAROL MAFFETT : | |
| : | |
| Defendants : | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 30, 2007, copies of Plaintiff United States of America and Defendant Wilmington Economic Development Corporation STIPULATION TO EXTEND DISCOVERY RESPONSE TIME PURSUANT TO RULE 29 were served on counsel as identified below:

**BY U.S. MAIL:**

Kenneth E. Aaron, Esquire
Weir & Partners, LLP
The Widener Building
1339 Chestnut St., Suite 500
Philadelphia, PA  19107

Kathleen J. Devlin, Esquire
Scarinci & Hallenbeck LLC
P.O. Box 790
Lyndhurst, NJ  07071-0790

Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street, Suite 203
Wilmington, DE  19801

|  |  |
|---|---|
| Dated: April 30, 2007 | /s/ Robert W. Whetzel<br>Robert W. Whetzel (#2288)<br>Todd A. Coomes (#4694)<br>RICHARDS, LAYTON & FINGER PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>whetzel@rlf.com<br>coomes@rlf.com<br>Attorneys for Defendant Wilmington<br>Economic Development Corporation |