IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  :<br>                                                          :<br>            Plaintiff,                      :<br>                                                          :<br>      vs.                                           :<br>                                                          :<br>M.A. HANNA PLASTICS GROUP, INC.,:<br>WILMINGTON ECONOMIC                 :<br>DEVELOPMENT CORPORATION      :<br>AND SIDNEY AND CAROL MAFFETT,:<br>                                                          :<br>            Defendants.                 : | CIVIL ACTION 06-409-GMS |

NOTICE OF DEPOSITION

TO:   Patricia C. Hannigan, Esquire
       U.S. Attorney's Office
       *(Attorney for United States of America);*

       Andrew S. Goldman, Esquire
       Senior Assistant Regional Counsel;

       Robert W. Whetzel, Esquire
       Todd Anthony Coomes, Esquire
       Richards, Layton & Finger
       *(Attorney for Wilmington Economic
         Development Corporation);*

       Michael W. Arrington, Esquire
       Parkowski, Guerke & Swayze, P.A.
       *(Attorney for Sidney and Carol Maffett)*

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Defendant M.A. Hanna Plastic Group, Inc., by and through their undersigned counsel, will take the deposition upon examination of **Charles Shuster**, before a notary public or other person authorized by law to administer oaths, on **Thursday, June 7, 2007**, at 10:00 AM., at the offices

of Weir & Partners LLP, 824 Market Street Mall, Suite 1001, Wilmington, DE 19801. The deposition will continue until completed.

WEIR & PARTNERS LLP

By: /s/ Kenneth E. Aaron, Esquire
Kenneth E. Aaron, Esquire
WEIR & PARTNERS LLP
Kenneth E. Aaron, Esq. (4043)
824 Market Street
P.O. Box 708
Suite 1001
Wilmington, Delaware 19899
Telephone: (215) 241-7727
kaaron@weirpartners.com
Local Counsel for Defendant, M.A.
Hanna Plastics Group, Inc.

JOHN M. SCAGNELLI
KATHLEEN J. DEVLIN
SCARINCI & HOLLENBECK, LLC
John M. Scagnelli, Esq.
Kathleen J. Devlin, Esq.
1100 Valley Brook Avenue, P.O. BOX 790
Lyndhurst, New Jersey 07071-0790
Telephone: (201) 896-4100
Attorneys for Defendant, M.A. Hanna
  Plastics Group, Inc.

Dated: May 10, 2007

285249-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| M.A. HANNA PLASTICS GROUP, INC.,: | CIVIL ACTION 06-409-GMS |
| WILMINGTON ECONOMIC : | |
| DEVELOPMENT CORPORATION : | |
| AND SIDNEY AND CAROL MAFFETT, : | |
| : | |
| Defendants. : | |

### CERTIFICATE OF SERVICE

I, Kenneth E. Aaron, hereby certify that on this 10th day of May, I did cause a true and correct copy of Notice of Deposition of Charles Shuster to be served upon those persons on the attached service list.

/s/ Kenneth E. Aaron, Esquire
Kenneth E. Aaron, Esquire

267986-1

## SERVICE LIST

Patricia C. Hannigan, Esquire
U.S. Attorney's Office 32
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
Via Overnight Delivery

Andrew S. Goldman, Esquire
Senior Assistant Regional Counsel
U.S. EPA Region III
1650 Arch Street
Philadelphia, PA 19103
Via Overnight Delivery

Robert W. Whetzel, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Via Overnight Delivery

Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street
Suite 203
Wilmington, DE 19801
Via Overnight Delivery

Todd Anthony Coomes, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Via Overnight Delivery

266693-1