IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> M.A. HANNA PLASTICS GROUP, INC.,: <br> WILMINGTON ECONOMIC : <br> DEVELOPMENT CORPORATION : <br> AND SIDNEY AND CAROL MAFFETT,: <br> : <br> Defendants. : | CIVIL ACTION 06-409-GMS |

NOTICE OF DEPOSITION

TO:   Patricia C. Hannigan, Esquire
      U.S. Attorney's Office
      *(Attorney for United States of America);*

      Andrew S. Goldman, Esquire
      Senior Assistant Regional Counsel;

      Robert W. Whetzel, Esquire
      Todd Anthony Coomes, Esquire
      Richards, Layton & Finger
      *(Attorney for Wilmington Economic
       Development Corporation);*

      Michael W. Arrington, Esquire
      Parkowski, Guerke & Swayze, P.A.
      *(Attorney for Sidney and Carol Maffett)*

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Defendant, M.A. Hanna Plastic Group, Inc., by and through their undersigned counsel, will take the deposition upon examination of **Stanley Howard**, before a notary public or other person authorized by law to administer oaths, on **Thursday, June 7, 2007**, at 1:00 PM., at the offices of

Weir & Partners LLP, 824 Market Street Mall, Suite 1001, Wilmington, DE 19801. The deposition will continue until completed.

WEIR & PARTNERS LLP

By: /s/ Kenneth E. Aaron, Esquire
    Kenneth E. Aaron, Esquire
    WEIR & PARTNERS LLP
    Kenneth E. Aaron, Esq. (4043)
    824 Market Street
    P.O. Box 708
    Suite 1001
    Wilmington, Delaware 19899
    Telephone: (215) 241-7727
    kaaron@weirpartners.com
    Local Counsel for Defendant, M.A.
    Hanna Plastics Group, Inc.

JOHN M. SCAGNELLI
KATHLEEN J. DEVLIN
SCARINCI & HOLLENBECK, LLC
John M. Scagnelli, Esq.
Kathleen J. Devlin, Esq.
1100 Valley Brook Avenue, P.O. BOX 790
Lyndhurst, New Jersey 07071-0790
Telephone: (201) 896-4100
Attorneys for Defendant, M.A. Hanna
  Plastics Group, Inc.

Dated: May 10, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> M.A. HANNA PLASTICS GROUP, INC., : <br> WILMINGTON ECONOMIC : <br> DEVELOPMENT CORPORATION : <br> AND SIDNEY AND CAROL MAFFETT, : <br> : <br> Defendants. : | CIVIL ACTION 06-409-GMS |

**CERTIFICATE OF SERVICE**

I, Kenneth E. Aaron, hereby certify that on this 10th day of May, I did cause a true and correct copy of Notice of Deposition of Stanley Howard to be served upon those persons on the attached service list.

/s/ Kenneth E. Aaron, Esquire
Kenneth E. Aaron, Esquire

267986-1

# SERVICE LIST

Patricia C. Hannigan, Esquire
U.S. Attorney's Office 32
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
Via Overnight Delivery

Andrew S. Goldman, Esquire
Senior Assistant Regional Counsel
U.S. EPA Region III
1650 Arch Street
Philadelphia, PA 19103
Via Overnight Delivery

Robert W. Whetzel, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Via Overnight Delivery

Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street
Suite 203
Wilmington, DE 19801
Via Overnight Delivery

Todd Anthony Coomes, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Via Overnight Delivery

266693-1