IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff<br><br>   v.<br><br>M.A. HANNA PLASTICS GROUP, INC.,<br>WILMINGTON ECONOMIC<br>DEVELOPMENT CORPORATION<br>AND SIDNEY AND CAROL MAFFETT<br><br>   Defendants | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 06-409-GMS<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on __May 21__, 2007, copies of Defendant Wilmington Economic Development Corporation's OBJECTIONS AND RESPONSES TO FIRST SET OF INTERROGATORIES BY UNITED STATES OF AMERICA were served on counsel as identified below:

**BY HAND DELIVERY**
Patricia C. Hannigan, Esquire
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19899-2046

Kenneth E. Aaron, Esquire
Weir & Partners LLP
824 Market Street, Suite 1001
Wilmington, Delaware 19899

**BY FEDERAL EXPRESS**
Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street, Suite 203
Wilmington, DE 19801

John M. Scagnelli, Esquire
Kathleen J. Devlin, Esquire
Scarinci & Hollenbeck, LLC
1100 Valley Brook Avenue, P.O. Box 790
Lyndhurst, New Jersey 07071-0790

Dated: May 21, 2007

/s/ Robert W. Whetzel
Robert W. Whetzel (#2288)
Todd A. Coomes (#4694)
RICHARDS, LAYTON & FINGER PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
whetzel@rlf.com
coomes@rlf.com
Attorneys for Defendant Wilmington
Economic Development Corporation

RLF1-3136664-2