**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| **M.A. HANNA PLASTICS GROUP, INC.,** : | **CIVIL ACTION 06-409-GMS** |
| **WILMINGTON ECONOMIC** : | |
| **DEVELOPMENT CORPORATION** : | |
| **AND SIDNEY AND CAROL MAFFETT,** : | |
| : | |
| Defendants. : | |

_____:

**CERTIFICATE OF SERVICE**

I, Jeffrey S. Cianciulli, hereby certify that on this 15th day of June, 2007, I did cause a true and correct copy of the foregoing **Motion of M.A. Hanna Plastics Group, Inc., for an Order Holding Charles Shuster in Contempt for Failure and Refusal to Comply with Subpoena Pursuant to Fed.R.Civ.P. 45(e)** to be served by First Class mail, postage prepaid, upon the parties on the attached service list.

  /s/Jeffrey S. Cianciulli_____ ____
Jeffrey S. Cianciulli, Esquire

**SERVICE LIST**

Charles Shuster
#4 Locust Avenue
Wilmington, DE 19805

Robert W. Whetzel, Esquire
Todd Anthony Coomes, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Patricia C. Hannigan, Esquire
U.S. Attorney's Office 32
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

Robert W. Whetzel, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street
Suite 203
Wilmington, DE 19801