IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> M.A. HANNA PLASTICS GROUP, INC.,: <br> WILMINGTON ECONOMIC : <br> DEVELOPMENT CORPORATION : <br> AND SIDNEY AND CAROL MAFFETT,: <br> : <br> Defendants. : | CIVIL ACTION 06-409-GMS |

NOTICE OF DEPOSITION

TO:   Patricia C. Hannigan, Esquire
      U.S. Attorney's Office
      *(Attorney for United States of America);*

      Andrew S. Goldman, Esquire
      Senior Assistant Regional Counsel;

      Robert W. Whetzel, Esquire
      Todd Anthony Coomes, Esquire
      Richards, Layton & Finger
      *(Attorney for Wilmington Economic
        Development Corporation);*

      Michael W. Arrington, Esquire
      Parkowski, Guerke & Swayze, P.A.
      *(Attorney for Sidney and Carol Maffett)*

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Defendant M.A. Hanna Plastic Group, Inc., by and through their undersigned counsel, will take the deposition upon examination of **Michael Towle**, before a notary public or other person authorized by law to administer oaths, on **August 15 and 16, 2007, at 10:00 AM.**, at the offices

of Weir & Partners LLP, 824 Market Street Mall, Suite 1001, Wilmington, DE 19801. The deposition will continue until completed.

                WEIR & PARTNERS LLP

By: /s/ Kenneth E. Aaron, Esquire
     Kenneth E. Aaron, Esquire
     WEIR & PARTNERS LLP
     Kenneth E. Aaron, Esq. (4043)
     824 Market Street
     P.O. Box 708
     Suite 1001
     Wilmington, Delaware 19899
     Telephone: (215) 241-7727
     kaaron@weirpartners.com
     Local Counsel for Defendant, M.A.
     Hanna Plastics Group, Inc.

     JOHN M. SCAGNELLI
     KATHLEEN J. DEVLIN
     SCARINCI & HOLLENBECK, LLC
     John M. Scagnelli, Esq.
     Kathleen J. Devlin, Esq.
     1100 Valley Brook Avenue, P.O. BOX 790
     Lyndhurst, New Jersey 07071-0790
     Telephone: (201) 896-4100
     Attorneys for Defendant, M.A. Hanna
      Plastics Group, Inc.

Dated: June 19, 2007

287732-1