## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **M.A. HANNA PLASTICS GROUP, INC.,** | : | **CIVIL ACTION 06-409-GMS** |
| **WILMINGTON ECONOMIC** | | |
| **DEVELOPMENT CORPORATION** | : | |
| **AND SIDNEY AND CAROL MAFFETT,** | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF SERVICE

Defendant, M.A. Hanna Plastic Group, Inc., by and through its undersigned

counsel, hereby states that the following document was served on June 20, 2007, upon

the parties on the attached services list in the manner indicated:

**DEFENDANT M.A. HANNA PLASTIC GROUP, INC.'S SUPPLEMENTAL
RESPONSES TO FIRST SET OF INTERROGATORIES PROPOUNDED BY
THE UNITED STATES OF AMERICA**

WEIR & PARTNERS LLP

By:  /s/ Kenneth E. Aaron, Esquire
        Kenneth E. Aaron, Esquire
        WEIR & PARTNERS LLP
        Kenneth E. Aaron, Esq. (4043)
        824 Market Street
        P.O. Box 708
        Suite 1001
        Wilmington, Delaware 19899
        Telephone:  (215) 241-7727
        kaaron@weirpartners.com
        Local Counsel for Defendant, M.A.
        Hanna Plastics Group, Inc.

266696-1

266696-1

 _/s/ John M. Scagnelli, Esquire_____
John M. Scagnelli, Esquire
Kathleen J. Devlin, Esquire
SCARINCI & HOLLENBECK, LLC
1100 Valley Brook Avenue, P.O. BOX 790
Lyndhurst, New Jersey 07071-0790
Telephone:  (201) 896-4100
Attorneys for Defendant, M.A. Hanna
Plastics Group, Inc.

Dated: June 20, 2007

**SERVICE LIST**

Patricia C. Hannigan, Esquire
U.S. Attorney's Office 32
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
*Via First Class Mail*

Andrew S. Goldman, Esquire
Senior Assistant Regional Counsel
U.S. EPA Region III
1650 Arch Street
Philadelphia, PA 19103
*Via First Class Mail*

Robert W. Whetzel, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Via First Class Mail*

Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street
Suite 203
Wilmington, DE 19801
*Via First Class Mail*

Todd Anthony Coomes, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Via First Class Mail*

266693-1