IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| **M.A. HANNA PLASTICS GROUP, INC.,** : | **CIVIL ACTION 06-409-GMS** |
| **WILMINGTON ECONOMIC** : | |
| **DEVELOPMENT CORPORATION** : | |
| **AND SIDNEY AND CAROL MAFFETT,** : | |
| : | |
| Defendants. : | |

## NOTICE OF SERVICE

Defendant, M.A. Hanna Plastic Group, Inc., by and through its undersigned counsel, hereby states that the following document was served on June 20, 2007, upon the parties on the attached services list in the manner indicated:

**DEFENDANT M.A. HANNA PLASTIC GROUP, INC.'S SUPPLEMENTAL RESPONSES TO FIRST DEMAND FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY THE UNITED STATES OF AMERICA**

WEIR & PARTNERS LLP

By: /s/ Kenneth E. Aaron, Esquire
  Kenneth E. Aaron, Esquire
  WEIR & PARTNERS LLP
  Kenneth E. Aaron, Esq. (4043)
  824 Market Street
  P.O. Box 708
  Suite 1001
  Wilmington, Delaware 19899
  Telephone: (215) 241-7727
  kaaron@weirpartners.com
  Local Counsel for Defendant, M.A.
  Hanna Plastics Group, Inc.

287851-1

   /s/ John M. Scagnelli, Esquire_____
John M. Scagnelli, Esquire
Kathleen J. Devlin, Esquire
SCARINCI & HOLLENBECK, LLC
1100 Valley Brook Avenue, P.O. BOX 790
Lyndhurst, New Jersey 07071-0790
Telephone: (201) 896-4100
Attorneys for Defendant, M.A. Hanna
Plastics Group, Inc.

Dated: June 20, 2007

287851-1

**SERVICE LIST**

Patricia C. Hannigan, Esquire
U.S. Attorney's Office 32
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
*Via First Class Mail*

Andrew S. Goldman, Esquire
Senior Assistant Regional Counsel
U.S. EPA Region III
1650 Arch Street
Philadelphia, PA 19103
*Via First Class Mail*

Robert W. Whetzel, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Via First Class Mail*

Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street
Suite 203
Wilmington, DE 19801
*Via First Class Mail*

Todd Anthony Coomes, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Via First Class Mail*

266693-1