**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| **M.A. HANNA PLASTICS GROUP, INC.,** : | **CIVIL ACTION 06-409-GMS** |
| **WILMINGTON ECONOMIC** : | |
| **DEVELOPMENT CORPORATION** : | |
| **AND SIDNEY AND CAROL MAFFETT,** : | |
| : | |
| Defendants. : | |

_____

**RESCHEDULING OF NOTICE OF
DEPOSITION OF CHARLES SHUSTER**

TO:    Patricia C. Hannigan, Esquire
U.S. Attorney's Office
*(Attorney for United States of America);*

Andrew S. Goldman, Esquire
Senior Assistant Regional Counsel;

Robert W. Whetzel, Esquire
Todd Anthony Coomes, Esquire
Richards, Layton & Finger
*(Attorney for Wilmington Economic
 Development Corporation);*

Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
*(Attorney for Sidney and Carol Maffett)*

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Defendant M.A. Hanna Plastic Group, Inc., by and through their undersigned counsel, will take the deposition upon examination of **Charles Shuster**, before a notary public or other person

authorized by law to administer oaths, which was originally scheduled on June 7, 2007 at 10:00 AM and has been **rescheduled to Thursday, July 12, 2007, at 3:00 PM.**, at the offices of Weir & Partners LLP, 824 Market Street Mall, Suite 1001, Wilmington, DE 19801.  The deposition will continue until completed.

        WEIR & PARTNERS LLP

      By:  /s/ Kenneth E. Aaron, Esquire
          Kenneth E. Aaron, Esquire
          WEIR & PARTNERS LLP
          Kenneth E. Aaron, Esq. (4043)
          824 Market Street
          P.O. Box 708
          Suite 1001
          Wilmington, Delaware 19899
          Telephone:  (215) 241-7727
          kaaron@weirpartners.com
          Local Counsel for Defendant, M.A.
          Hanna Plastics Group, Inc.

          JOHN M. SCAGNELLI
          KATHLEEN J. DEVLIN
          SCARINCI & HOLLENBECK, LLC
          John M. Scagnelli, Esq.
          Kathleen J. Devlin, Esq.
          1100 Valley Brook Avenue, P.O. BOX 790
          Lyndhurst, New Jersey 07071-0790
          Telephone:  (201) 896-4100
          Attorneys for Defendant, M.A. Hanna
           Plastics Group, Inc.

Dated: July 2, 2007

288810-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| M.A. HANNA PLASTICS GROUP, INC., : | CIVIL ACTION 06-409-GMS |
| WILMINGTON ECONOMIC : | |
| DEVELOPMENT CORPORATION : | |
| AND SIDNEY AND CAROL MAFFETT, : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, Kenneth E. Aaron, hereby certify that on this 2nd day of July I did cause a true and correct copy of the Rescheduling of Notice of Deposition of Charles Shuster to be served upon those persons on the attached service list.

/s/ Kenneth E. Aaron, Esquire
Kenneth E. Aaron, Esquire

267986-1

## SERVICE LIST

Patricia C. Hannigan, Esquire
U.S. Attorney's Office 32
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
Via Overnight Delivery

Andrew S. Goldman, Esquire
Senior Assistant Regional Counsel
U.S. EPA Region III
1650 Arch Street
Philadelphia, PA 19103
Via Overnight Delivery

Robert W. Whetzel, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Via Overnight Delivery

Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street
Suite 203
Wilmington, DE 19801
Via Overnight Delivery

Todd Anthony Coomes, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Via Overnight Delivery

266693-1