AO88 (DE Rev. 01/07) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 7/3/07 | 1007 ORANGE ST 7th, WILMINGTON DE |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| MICHAEL TOWIE C/O US ATTNY'S OFFICE, ACCEPTED BY R. WILSON | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| ROBERT ARNOSKY | PROCESS SERVER |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    7-3-07
                  DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER  M D LEGAL SERVICES INC
1315 WALNUT ST STE 1301
PHILADELPHIA PA 19107-4711

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

[Rule 45 text illegible]

EXHIBIT "A"

United States of America v. M.A. Hanna Plastic Group, INc., Wilmington Economic Development and Sidney and Carol Mallett
Case No. 06-409

Case 1:06-cv-00409-GMS    Document 75-2    Filed 07/13/2007    Page 2 of 2

AO88 (SE Rev. 01/07) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA | SUBPOENA IN A CIVIL CASE |
|---|---|
| V. | |
| M.A. HANNA PLASTICS TROUP, INC., WILMINGTON ECONOMIC DEVELOPMENT CORP. | Case Number:[1] 06-409 |

TO: Michael Towle
USEPA Region 3
1650 Arch Street, Mail Code: 3HS31
Philadelphia, PA 19103-2029

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| 824 Market Street, Suite 1001 Wilmington, DE 19801 | 8/15/2007 10:00 am and 8/16/2007 10:00 am |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Defendant | 6-19-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Kenneth E. Aaron, Esquire, Weir & Partners LLP
824 Market Street, Wilmington, DE 19801 (Suite 1001)

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.