**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| **M.A. HANNA PLASTICS GROUP, INC.,** : | **CIVIL ACTION 06-409-GMS** |
| **WILMINGTON ECONOMIC** : | |
| **DEVELOPMENT CORPORATION** : | |
| **AND SIDNEY AND CAROL MAFFETT,** : | |
| : | |
| Defendants. : | |

**NOTICE OF DEPOSITION**

TO:   Patricia C. Hannigan, Esquire
      U.S. Attorney's Office
      *(Attorney for United States of America);*

      Andrew S. Goldman, Esquire
      Senior Assistant Regional Counsel;

      Robert W. Whetzel, Esquire
      Todd Anthony Coomes, Esquire
      Richards, Layton & Finger
      *(Attorney for Wilmington Economic
        Development Corporation);*

      Michael W. Arrington, Esquire
      Parkowski, Guerke & Swayze, P.A.
      *(Attorney for Sidney and Carol Maffett)*

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Defendant M.A. Hanna Plastic Group, Inc., by and through their undersigned counsel, will take the deposition upon examination of **Sidney Maffett,** before a notary public or other person authorized by law to administer oaths, on **August 13, 2007**, **at 10:00 AM.**, at the offices of

Michael W. Arrington, Esquire, Parkowski, Guerke & Swayze, P.C., 800 King Street, Wilmington, DE 19801.  The deposition will continue until completed.

WEIR & PARTNERS LLP

By: /s/ Kenneth E. Aaron, Esquire
    Kenneth E. Aaron, Esquire
    WEIR & PARTNERS LLP
    Kenneth E. Aaron, Esq. (4043)
    824 Market Street
    P.O. Box 708
    Suite 1001
    Wilmington, Delaware 19899
    Telephone:  (215) 241-7727
    kaaron@weirpartners.com
    Local Counsel for Defendant, M.A.
    Hanna Plastics Group, Inc.

    JOHN M. SCAGNELLI
    KATHLEEN J. DEVLIN
    SCARINCI & HOLLENBECK, LLC
    John M. Scagnelli, Esq.
    Kathleen J. Devlin, Esq.
    1100 Valley Brook Avenue, P.O. BOX 790
    Lyndhurst, New Jersey 07071-0790
    Telephone:  (201) 896-4100
    Attorneys for Defendant, M.A. Hanna
     Plastics Group, Inc.

Dated: July 18, 2007

289696-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| **M.A. HANNA PLASTICS GROUP, INC.,** : | **CIVIL ACTION 06-409-GMS** |
| **WILMINGTON ECONOMIC** : | |
| **DEVELOPMENT CORPORATION** : | |
| **AND SIDNEY AND CAROL MAFFETT,** : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, Kenneth E. Aaron, hereby certify that on this 18th day of July, I did cause a true and correct copy of Notice of Deposition of Sidney Maffett to be served upon those persons on the attached service list.

/s/ Kenneth E. Aaron, Esquire
Kenneth E. Aaron, Esquire

287733-1

## SERVICE LIST

Patricia C. Hannigan, Esquire
U.S. Attorney's Office 32
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
*Via First Class Mail*

Andrew S. Goldman, Esquire
Senior Assistant Regional Counsel
U.S. EPA Region III
1650 Arch Street
Philadelphia, PA 19103
*Via First Class Mail*

Robert W. Whetzel, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Via First Class Mail*

Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street
Suite 203
Wilmington, DE 19801
*Via First Class Mail*

Todd Anthony Coomes, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Via First Class Mail*

266693-1