IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : :<br>            Plaintiff, :<br>                            :<br>    vs.                     :<br>                            :<br> M.A. HANNA PLASTICS GROUP, INC.,: <br>WILMINGTON ECONOMIC          :<br>DEVELOPMENT CORPORATION      :<br>AND SIDNEY AND CAROL MAFFETT,:<br>                            :<br>            Defendants.     : | CIVIL ACTION 06-409-GMS |

### CERTIFICATE OF SERVICE

I, Kenneth E. Aaron, Esquire, hereby certify that the foregoing Notice of Rule 30(b)(6) Deposition of the Corporate Designee of Wilmington Economic Development Corporation was served on September 4, 2007 on the following parties and in the manner indicated on the attached Service List.

                                        WEIR & PARTNERS LLP

                By:  /s/ Kenneth E. Aaron, Esquire
                     Kenneth E. Aaron, Esquire
                     WEIR & PARTNERS LLP
                     Kenneth E. Aaron, Esq. (4043)
                     824 Market Street
                     P.O. Box 708
                     Suite 1001
                     Wilmington, Delaware 19899
                     Telephone:  (215) 241-7727
                     kaaron@weirpartners.com
                     Local Counsel for Defendant, M.A.
                     Hanna Plastics Group, Inc

292802-1

# SERVICE LIST

Patricia C. Hannigan, Esquire
U.S. Attorney's Office 32
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
*Via First Class Mail*

Andrew S. Goldman, Esquire
Senior Assistant Regional Counsel
U.S. EPA Region III
1650 Arch Street
Philadelphia, PA 19103
*Via First Class Mail*

Robert W. Whetzel, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Via First Class Mail*

Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street
Suite 203
Wilmington, DE 19801
*Via First Class Mail*

Todd Anthony Coomes, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Via First Class Mail*

266693-1