

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

The Nemours Building  (302) 573-6277 x 156
1007 Orange Street, Suite 700  FAX (302) 573-6220
P.O. Box 2046  TTY (302) 573-6274
Wilmington, Delaware 19899-2046  Toll Free (888) 293-8162
Patricia.Hannigan@usdoj.gov

September 6, 2007

**VIA CM/ECF**

Honorable Gregory M. Sleet
U.S. District Judge
J. Caleb Boggs Federal Bldg
844 N. King Street, Room 4324
Lockbox 19
Wilmington, DE 19801

    RE:    <u>United States v. M.A. Hanna Plastics Groups, Inc., et al.</u>
              <u>Civil Action No. 06-409-GMS</u>

Dear Judge Sleet:

    I write to advise the Court that the Government has today lodged with the Court a Consent Decree resolving the issues in the referenced case between the United States and Mr. and Mrs. Maffett. The Consent Decree will now be published in the Federal Record and there will be a period for public comment. Following the public comment period, I will advise the Court if any comments are received, and if so, the Government's response to any such comments. At that time, I anticipate we will ask Your Honor to enter the Consent Decree as an Order of the Court.

    Counsel are, of course, available if the Court has questions or comments.

                             Respectfully,

                             COLM F. CONNOLLY
                             United States Attorney

                        By: <u>/s/Patricia C. Hannigan</u>
                             Patricia C. Hannigan
                             Assistant United States Attorney

PCH:md

cc:    Robert W. Whetzel, Esquire/VIA CM/ECF
        Michael W. Arrington, Esquire/VIA CM/ECF
        Kenneth E. Aaron, Esquire/VIA CM/ECF
        Todd Anthony Coomes, Esquire/VIA CM/ECF
        Andrew Goldman, Esquire/VIA First Class Mail