Civil Action No. 06-409 (GMS)

## ORDER SCHEDULING
## TELECONFERENCE TO DISCUSS CASE SCHEDULE

IT IS HEREBY ORDERED that a telephone conference to discuss defendant's

Motion for extension of time (D.I. 85) in this matter has been set for **Friday, October 5, 2007 at**

**9:30 a.m.** Counsel for the plaintiff(s) is directed to coordinate and initiate the telephone conference

call to chambers at (302) 573-6470.


                                              /s/ Gregory M. Sleet
                                           UNITED STATES DISTRICT JUDGE