IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, :
:
       Plaintiff, :
:
vs. :
:
M.A. HANNA PLASTICS GROUP, INC., :   CIVIL ACTION 06-409-GMS
WILMINGTON ECONOMIC :
DEVELOPMENT CORPORATION :
AND SIDNEY AND CAROL MAFFETT, :
:
       Defendants. :

## RESCHEDULING OF NOTICE OF
## DEPOSITION OF SIDNEY MAFFETT

TO:   Patricia C. Hannigan, Esquire
       U.S. Attorney's Office
       *(Attorney for United States of America);*

       Andrew S. Goldman, Esquire
       Senior Assistant Regional Counsel;

       Robert W. Whetzel, Esquire
       Todd Anthony Coomes, Esquire
       Richards, Layton & Finger
       *(Attorney for Wilmington Economic
        Development Corporation);*

       Michael W. Arrington, Esquire
       Parkowski, Guerke & Swayze, P.A.
       *(Attorney for Sidney and Carol Maffett)*

     PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Defendant M.A. Hanna Plastic Group, Inc., by and through their undersigned counsel, will take the deposition upon examination of **Sidney Maffett**, before a notary public or other person

authorized by law to administer oaths, which was originally scheduled on August 13, 2007 at 10:00 AM and has been **rescheduled to Wednesday, October 10, 2007, at 10:00 AM.**, at the offices of Michael W. Arrington, Esquire, Parkowski, Guerke & Swayze, P.C., 800 King Street, Wilmington, DE 19801. The deposition will continue until completed.

                WEIR & PARTNERS LLP

            By: /s/ Kenneth E. Aaron, Esquire
                Kenneth E. Aaron, Esquire
                WEIR & PARTNERS LLP
                Kenneth E. Aaron, Esq. (4043)
                824 Market Street
                P.O. Box 708
                Suite 1001
                Wilmington, Delaware 19899
                Telephone: (215) 241-7727
                kaaron@weirpartners.com
                Local Counsel for Defendant, M.A.
                Hanna Plastics Group, Inc.

                JOHN M. SCAGNELLI
                KATHLEEN J. DEVLIN
                SCARINCI & HOLLENBECK, LLC
                John M. Scagnelli, Esq.
                Kathleen J. Devlin, Esq.
                1100 Valley Brook Avenue, P.O. BOX 790
                Lyndhurst, New Jersey 07071-0790
                Telephone: (201) 896-4100
                Attorneys for Defendant, M.A. Hanna
                  Plastics Group, Inc.

Dated: October 2, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, :<br>:<br>Plaintiff, :<br>:<br>vs. :<br>:<br>M.A. HANNA PLASTICS GROUP, INC., :<br>WILMINGTON ECONOMIC :<br>DEVELOPMENT CORPORATION :<br>AND SIDNEY AND CAROL MAFFETT, :<br>:<br>Defendants. : | CIVIL ACTION 06-409-GMS |

## CERTIFICATE OF SERVICE

I, Kenneth E. Aaron, hereby certify that on this 2nd day of October I did cause a true and correct copy of the Rescheduling of Notice of Deposition of Sidney Maffett to be served upon those persons on the attached service list.

/s/ Kenneth E. Aaron, Esquire
Kenneth E. Aaron, Esquire

267986-1

## SERVICE LIST

Patricia C. Hannigan, Esquire
U.S. Attorney's Office 32
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
*Via First Class Mail*

Andrew S. Goldman, Esquire
Senior Assistant Regional Counsel
U.S. EPA Region III
1650 Arch Street
Philadelphia, PA 19103
*Via First Class Mail*

Robert W. Whetzel, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Via First Class Mail*

Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street
Suite 203
Wilmington, DE 19801
*Via First Class Mail*

Todd Anthony Coomes, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Via First Class Mail*

266693-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> M.A. HANNA PLASTICS GROUP, INC.,: <br> WILMINGTON ECONOMIC : <br> DEVELOPMENT CORPORATION : <br> AND SIDNEY AND CAROL MAFFETT,: <br> : <br> Defendants. : | CIVIL ACTION 06-409-GMS |

RESCHEDULING OF NOTICE OF
DEPOSITION OF SIDNEY MAFFETT

TO:   Patricia C. Hannigan, Esquire
      U.S. Attorney's Office
      *(Attorney for United States of America);*

      Andrew S. Goldman, Esquire
      Senior Assistant Regional Counsel;

      Robert W. Whetzel, Esquire
      Todd Anthony Coomes, Esquire
      Richards, Layton & Finger
      *(Attorney for Wilmington Economic
       Development Corporation);*

      Michael W. Arrington, Esquire
      Parkowski, Guerke & Swayze, P.A.
      *(Attorney for Sidney and Carol Maffett)*

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Defendant M.A. Hanna Plastic Group, Inc., by and through their undersigned counsel, will take the deposition upon examination of **Sidney Maffett**, before a notary public or other person

authorized by law to administer oaths, which was originally scheduled on August 13, 2007 at 10:00 AM and has been **rescheduled to Wednesday, October 10, 2007, at 10:00 AM.**, at the offices of Michael W. Arrington, Esquire, Parkowski, Guerke & Swayze, P.C., 800 King Street, Wilmington, DE 19801.  The deposition will continue until completed.

                WEIR & PARTNERS LLP

By: /s/ Kenneth E. Aaron, Esquire
     Kenneth E. Aaron, Esquire
     WEIR & PARTNERS LLP
     Kenneth E. Aaron, Esq. (4043)
     824 Market Street
     P.O. Box 708
     Suite 1001
     Wilmington, Delaware 19899
     Telephone:  (215) 241-7727
     kaaron@weirpartners.com
     Local Counsel for Defendant, M.A.
     Hanna Plastics Group, Inc.

JOHN M. SCAGNELLI
KATHLEEN J. DEVLIN
SCARINCI & HOLLENBECK, LLC
John M. Scagnelli, Esq.
Kathleen J. Devlin, Esq.
1100 Valley Brook Avenue, P.O. BOX 790
Lyndhurst, New Jersey 07071-0790
Telephone:  (201) 896-4100
Attorneys for Defendant, M.A. Hanna
  Plastics Group, Inc.

Dated: October 2, 2007

288810-1