IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,           : <br>                                     : <br>         Plaintiff,                   : <br>                                     : <br>     vs.                             : <br>                                     : <br> M.A. HANNA PLASTICS GROUP, INC.,:  <br> WILMINGTON ECONOMIC                 : <br> DEVELOPMENT CORPORATION             : <br> AND SIDNEY AND CAROL MAFFETT,:      <br>                                     : <br>         Defendants.                 : | CIVIL ACTION 06-409-GMS |

RESCHEDULING OF NOTICE OF
DEPOSITION OF CORPORATE DESIGNEE(S) OF
WILMINGTON ECONOMIC DEVELOPMENT CORPORATION

TO:    Patricia C. Hannigan, Esquire
       U.S. Attorney's Office
       *(Attorney for United States of America);*

       Andrew S. Goldman, Esquire
       Senior Assistant Regional Counsel;

       Robert W. Whetzel, Esquire
       Todd Anthony Coomes, Esquire
       Richards, Layton & Finger
       *(Attorney for Wilmington Economic*
         *Development Corporation);*

       Michael W. Arrington, Esquire
       Parkowski, Guerke & Swayze, P.A.
       *(Attorney for Sidney and Carol Maffett)*

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Defendant M.A. Hanna Plastic Group, Inc., by and through their undersigned counsel, will take the deposition upon examination of **Corporate Designee(s) of Wilmington Economic**

**Development Corporation ('WEDCO")**, before a notary public or other person authorized by law to administer oaths, which was originally scheduled on October 11th and 12th, 2007 at 10:00 AM and has been **rescheduled to Wednesday, October 24th, 2007, at 9:00 AM.**, at the offices of Weir & Partners LLP, 824 Market Street Mall, Suite 1001, Wilmington, DE 19801. The deposition will continue until completed.

WEIR & PARTNERS LLP

By: /s/ Kenneth E. Aaron, Esquire
Kenneth E. Aaron, Esquire
WEIR & PARTNERS LLP
Kenneth E. Aaron, Esq. (4043)
824 Market Street
P.O. Box 708
Suite 1001
Wilmington, Delaware 19899
Telephone: (215) 241-7727
kaaron@weirpartners.com
Local Counsel for Defendant, M.A.
Hanna Plastics Group, Inc.

JOHN M. SCAGNELLI
KATHLEEN J. DEVLIN
SCARINCI & HOLLENBECK, LLC
John M. Scagnelli, Esq.
Kathleen J. Devlin, Esq.
1100 Valley Brook Avenue, P.O. BOX 790
Lyndhurst, New Jersey 07071-0790
Telephone: (201) 896-4100
Attorneys for Defendant, M.A. Hanna
  Plastics Group, Inc.

Dated: October 2, 2007

294852-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| M.A. HANNA PLASTICS GROUP, INC., : | CIVIL ACTION 06-409-GMS |
| WILMINGTON ECONOMIC : | |
| DEVELOPMENT CORPORATION : | |
| AND SIDNEY AND CAROL MAFFETT, : | |
| : | |
| Defendants. : | |

### CERTIFICATE OF SERVICE

I, Kenneth E. Aaron, hereby certify that on this 2nd day of October I did cause a true and correct copy of the Rescheduling of Notice of Deposition of the **Corporate Designee(s) of Wilmington Economic Development Corporation ('WEDCO")** to be served upon those persons on the attached service list.

/s/ Kenneth E. Aaron, Esquire
Kenneth E. Aaron, Esquire

294946-1

# SERVICE LIST

Patricia C. Hannigan, Esquire
U.S. Attorney's Office 32
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
*Via First Class Mail*

Andrew S. Goldman, Esquire
Senior Assistant Regional Counsel
U.S. EPA Region III
1650 Arch Street
Philadelphia, PA 19103
*Via First Class Mail*

Robert W. Whetzel, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Via First Class Mail*

Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street
Suite 203
Wilmington, DE 19801
*Via First Class Mail*

Todd Anthony Coomes, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Via First Class Mail*

266693-1