

### SCARINCI & HOLLENBECK, LLC
*Attorneys at Law*

1100 VALLEY BROOK AVENUE
P. O. BOX 790
LYNDHURST, NEW JERSEY 07071-0790
(201) 896-4100 / (201) 896-8660 FAX

2 PARAGON WAY
FREEHOLD, NJ 07728
(732) 780-5590 / (732) 462-0385 FAX

6 WATER STREET, SUITE 401
NEW YORK, NEW YORK 10004
(212) 546-9255 / (212) 483-0876 FAX

www.njlegalink.com
WRITER EMAIL:
jscagnelli@njlegalink.com

DONALD SCARINCI*■
KENNETH J. HOLLENBECK
ROBERT E. LEVY■°
VICTOR E. KINON*
PATRICK J. MCNAMARA■
ANDREW L. INDECK*
JOHN M. SCAGNELLI*
JOEL R. GLUCKSMAN*
JOSEPH A. FERRIERO*
MATTHEW J. GIACOBBE*
JOSEPH M. DONEGAN* *♦
FRED D. ZEMEL*
THEODORE A. SCHWARTZ
THOMAS J. CAFFERTY
MARTIN R. PACHMAN
SHARON L. WEINER**
MARK K. FOLLENDER
MITCHELL L. PASCUAL**
FRANK L. BRUNETTI*♦

RICHARD M. SALSBERG (1945-2005)

**Of Counsel**
NOMI IRENE LOWY
MARC L. POTOLSKY
MICHAEL R. WASSERMAN*

**Counsel**
SANDRA T. AYRES
MARK S. TABENKIN
JOHN P. LIBRETTI III*♦
SHERI K. SIEGELBAUM
ROBIN T. MCMAHON
WILLIAM C. SULLIVAN JR.
MITCHELL B. JACOBS
WILLIAM A. BAKER
SEAN D. DIAS*
MARK J. SEMERARO*
KATHLEEN J. DEVLIN*
MICHAEL A. CIFELLI
FRANK P. KAPUSINSKI
WILLIAM T. ROGERS III*
CHRISTINE M. VANEK*
PARTHENOPY A. BARDIS*

**Associates**
JACQUELIN P. GIOIOSO
NATALIE CIFELLI□

ALLEN SAFRIN
ANTHONY P. SEIJAS
THOMAS A. SEGRETO
BRUCE W. PADULA
KARA A. KACZYNSKI
RAMON E. RIVERA
THOMAS H. PROL*
ANTHONY M. ORLANDO
ADAM S. ABRAMSON
NINA VIJ
JOHN P. FAZZIO**
LAURA M. MILLER
TRISTAN W. GILLESPIE*

* ADMITTED IN MASSACHUSETTS
* ADMITTED IN NEW YORK
□ ADMITTED IN NEW YORK ONLY
♦ ADMITTED IN PENNSYLVANIA
* ADMITTED IN U.S. TAX COURT
° CERTIFIED CIVIL TRIAL ATTORNEY
" CERTIFIED CRIMINAL TRIAL ATTORNEY

PLEASE REPLY TO:
**LYNDHURST**

WRITER DIRECT DIAL:
**201-623-1203**

October 4, 2007

**ELECTRONICALLY FILED**

Honorable Gregory M. Sleet
United States District Judge
J. Caleb Boggs Federal Building
844 North King Street, Room 4324
Lockbox 19
Wilmington, Delaware 19801

      Re:    **United States v. M.A. Hanna Plastic Group, Inc.**
              **Civil Action No. 06-409-GMS**
              **Our File No. 8689.4000**

Dear Judge Sleet:

      Our firm represents defendant M.A. Hanna Plastic Group, Inc. ("M.A. Hanna") in this case. Our firm was advised late Tuesday, October 2, 2007, by M.A. Hanna that they wish to substitute Lila Wynne, Esq. and the firm of Marshall, Dennehey for our firm and Weir Partners as counsel representing them in this case. We sent Ms. Wynne the enclosed October 3, 2007 letter enclosing a Substitution of Attorney and the Substitution will shortly be filed with the Court.

      This Court has scheduled a telephone conference in this case for tomorrow, October 5, at 9:30 a.m. We believe that new counsel should represent defendant M.A. Hanna's interests going forward in the case and respectfully request that Your Honor adjourn the telephone conference for a short time to enable the Substitution to be filed and new counsel to participate in the rescheduled conference.

{00336741.DOC}

October 4, 2007
Page 2

    We would appreciate Your Honor's consideration of this request.

                                                 Sincerely,

                                        JOHN M. SCAGNELLI
                                        For the Firm

JMS:pd
Enclosure

cc:    Kenneth Aaron, Esq. (By Telecopier)(w/encl.)
        Patricia C. Hannigan, Esq. (By Telecopier)(w/encl.)
        Andrew Goldman, Esq. (By Telecopier)(w/encl.)
        Robert W. Whetzel, Esq. (By Telecopier)(w/encl.)
        Michael W. Arrington, Esq. (By Telecopier)(w/encl.)
        Todd A. Coomes, Esq. (By Telecopier)(w/encl.)
        Lila Wynne, Esq. (By Telecopier)(w/encl.)
        Richard Hahn, Esq., PolyOne (By Telecopier)(w/encl.)

{00336741.DOC}

SCARINCI
HOLLENBECK, LLC
Attorneys at Law



**SCARINCI & HOLLENBECK, LLC**
*Attorneys at Law*

1100 VALLEY BROOK AVENUE
P. O. BOX 790
LYNDHURST, NEW JERSEY 07071-0790
(201) 896-4100 / (201) 896-8660 FAX

2 PARAGON WAY
FREEHOLD, NJ 07728
(732) 780-5590 / (732) 462-0385 FAX

6 WATER STREET, SUITE 401
NEW YORK, NEW YORK 10004
(212) 546-9255 / (212) 483-0876 FAX

www.njlegalink.com
WRITER EMAIL:
*jscagnelli@njlegalink.com*

DONALD SCARINCI**
KENNETH J. HOLLENBECK
ROBERT E. LEVY*□□
VICTOR E. KINON*
PATRICK J. MCNAMARA*
ANDREW L. INDECK*
JOHN M. SCAGNELLI*
JOEL R. GLUCKSMAN*
JOSEPH A. FERRIERO□*
MATTHEW J. GIACOBBE*
JOSEPH M. DONEGAN**•
FRED D. ZEMEL*
THEODORE A. SCHWARTZ
THOMAS J. CAFFERTY
MARTIN R. PACHMAN
SHARON L. WEINER**
MARK K. FOLLENDER
MITCHELL L. PASCUAL**
FRANK L. BRUNETTI**

RICHARD M. SALSBERG (1945-2005)

Of Counsel
NOMI IRENE LOWY
MARC L. POTOLSKY
MICHAEL R. WASSERMAN*

Counsel
SANDRA T. AYRES
MARK S. TABENKIN
JOHN P. LIBRETTI III*•
SHERI K. SIEGELBAUM
ROBIN T. MCMAHON
WILLIAM C. SULLIVAN JR.
MITCHELL B. JACOBS
WILLIAM A. BAKER
SEAN D. DIAS*
MARK J. SEMERARO*
KATHLEEN J. DEVLIN*
MICHAEL A. CIFELLI
FRANK P. KAPUSINSKI
WILLIAM T. ROGERS III*
CHRISTINE M. VANEK*
PARTHENOPY A. BARDIS*

Associates
JACQUELIN P. GIOIOSO
NATALIE CIFELLI□

ALLEN SAFRIN
ANTHONY P. SEIJAS
THOMAS A. SEGRETO
BRUCE W. PADULA
KARA A. KACZYNSKI
RAMON E. RIVERA
THOMAS H. PROL*
ANTHONY M. ORLANDO
ADAM S. ABRAMSON
NINA VI J
JOHN P. FAZZIO**
LAURA M. MILLER
TRISTAN W. GILLESPIE*

* ADMITTED IN MASSACHUSETTS
* ADMITTED IN NEW YORK
□ ADMITTED IN NEW YORK ONLY
* ADMITTED IN PENNSYLVANIA
• ADMITTED IN U.S. TAX COURT
° CERTIFIED CIVIL TRIAL ATTORNEY
◦ CERTIFIED CRIMINAL TRIAL ATTORNEY

PLEASE REPLY TO:
**LYNDHURST**

WRITER DIRECT DIAL:
201-623-1203

October 3, 2007

**BY TELECOPIER**

Lila Wynne, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
Woodland Corporate Park
200 Lake Drive East, Suite 300
Cherry Hill, New Jersey 08002

    Re:    United States v. MA Hanna Plastic Group, Inc.
             Civil Action No. 06-409-GMS
             Our File No. 8689.4000

Dear Ms. Wynne:

    I have been advised by Richard Hahn of PolyOne yesterday that you and your firm will be substituting for our firm in this case.

    I am enclosing two Substitution of Attorney forms, one for our firm and one for local counsel Weir Partners, which I ask that you sign and immediately return to me. I will have the substitutions countersigned and returned to you so that you can file them with the District Court.

    The District Judge in this case, Judge Sleet, has scheduled a telephone conference call to discuss the discovery and other dates in this case for this Friday, October 5, at 9:30 a.m. You will need to participate in that conference.

{00336477.DOC}

October 3, 2007  
Page 2

We are available to discuss the case and to facilitate the transition to your firm.

Please give us a call.

                                                Sincerely,

                                                JOHN M. SCAGNELLI  
                                                For the Firm

JMS:pd  
Enclosures

cc:     Richard Hahn, Esq. (By Telecopier)(w/encls.)  
         Ernie Schaub (By Telecopier)(w/encls.)  
         Cristopher Anderson (By Telecopier)(w/encls.)

{00336477.DOC}

SCARINCI  
& HOLLENBECK, LLC  
*Attorneys at Law*