UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>M.A. HANNA PLASTICS GROUP, INC.,<br>WILMINGTON ECONOMIC DEVELOPMENT<br>CORPORATION and SIDNEY AND CAROL<br>MAFFETT,<br><br>Defendants | CIVIL ACTION<br>NO. 06-409-GMS |

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to the substitution of John A. Macconi, Esquire, of the firm Marshall, Dennehey, Warner, Coleman & Goggin, as attorneys for the Defendant, M.A. Hanna Plastics Group, Inc., in the above-captioned action.

WEIR & PARTNERS, LLP
824 Market Street, Suite 1001
P.O. Box 708
Wilmington, DE 19899

By: _____
KENNETH E. AARON
Withdrawing Attorneys

SCARINCI & HOLLENBECK, LLC
1100 Valley Brook Avenue
Lyndhurst, NJ 07071

By: _____
JOHN M. SCAGNELLI
Withdrawing Attorneys

MARSHALL, DENNEHEY,
WARNER, COLEMAN & GOGGIN
1220 Market Street, 5th Floor
Wilmington, DE 19801

By: _____
JOHN A. MACCONI
Superseding Attorneys

Dated: October 4, 2007