A REGIONAL DEFENSE LITIGATION LAW FIRM

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION    www.marshalldennehey.com

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

FLORIDA
Fort Lauderdale
Jacksonville
Orlando
Tampa

OHIO
Akron

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4377**
**Email: jamacconi@mdwcg.com**



October 5, 2007

*Via E-File*

Patricia C. Hannigan, Esquire
Assistant United States Attorney
UNITED STATES OF AMERICA
U.S. Department of Justice - District of Delaware
The Nemours Building
1007 North Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046

Robert W. Whetzel, Esquire / Todd A. Coomes, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-2046

Michael W. Arrington, Esquire
PARKOWSKI, GUERKE & SWAYZE, P.A.
800 King Street, Suite 203
Wilmington, DE  19801

>    RE:   ***U.S. v. M.A. HANNA, et al.***
>          ***Civil Action No. 06-409-GMS***
>          ***Our File No. 12177-00204***

Dear Counsel:

    As you know, my firm has substituted in for the Scarinci & Hollenbeck firm.  Therefore, we are adjourning the deposition of Sidney Maffett which is scheduled for October 10, 2007 and the deposition of a

Patricia C. Hannigan, Esquire
Robert W. Whetzel, Esquire / Todd A. Coomes, Esquire
Michael W. Arrington, Esquire
October 5, 2007
Page 2

---

corporate representative of WEDCO for October 24, 2007.  I will contact all parties to obtain a mutually agreeable date for these depositions, once we have obtained the file in this matter.

Very truly yours,

*/s/ John A. Macconi, Jr.  DE ID No. 4430*

John A. Macconi, Jr.

JAM/hr

cc:  John M. Scagnelli, Esquire *(Via First Class Mail and Facsimile 201-896-8660)*
     Kenneth E. Aaron, Esquire *(Via First Class Mail and Facsimile 215-665-8464)*