UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff : | CIVIL ACTION |
| : | NO. 06-409-GMS |
| v. : | |
| : | |
| M.A. HANNA PLASTICS GROUP, INC., : | |
| WILMINGTON ECONOMIC DEVELOPMENT : | |
| CORPORATION AND SIDNEY and CAROL : | |
| MAFFETT, : | |
| : | |
| Defendants : | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF LILA WYNNE, ESQUIRE AND MARC R. JONES, ESQUIRE

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned moves for admission *Pro Hac Vice* of Lila Wynne, Esquire and Marc R. Jones, Esquire, to represent M.A. Hanna Plastics Group, Inc. in this civil action.

                                        */s/ John A. Macconi, Jr.*
                                        JOHN A. MACCONI, JR., ESQUIRE
                                        Del. Bar ID No. 4430
                                        MARSHALL, DENNEHEY, WARNER,
                                        COLEMAN & GOGGIN
                                        1220 N. Market St., 5th Floor
                                        P.O. Box 8888
                                        Wilmington, DE 19899-8888
                                        (302) 552-4300
                                        (302) 651-7905 - facsimile
                                        jamacconi@mdwcg.com

Dated: October 16, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff | : CIVIL ACTION |
| | : NO. 06-409-GMS |
| v. | : |
| M.A. HANNA PLASTICS GROUP, INC., WILMINGTON ECONOMIC DEVELOPMENT CORPORATION AND SIDNEY and CAROL MAFFETT, | : |
| Defendants | : |

## ORDER

IT IS HEREBY ORDERED that Defendant, M.A. Hanna Plastics Group, Inc.'s, Motion for Admission *Pro Hac Vice* of Lila Wynne, Esquire and Marc R. Jones, Esquire is **GRANTED** and the aforementioned attorneys are therefore admitted *pro hac vice* to represent Defendant in this action.

_____
GREGORY M. SLEET, U.S.D.J.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA :<br><br>  Plaintiff :<br>v. :<br><br>M.A. HANNA PLASTICS GROUP, INC., :<br>WILMINGTON ECONOMIC DEVELOPMENT :<br>CORPORATION AND SIDNEY and CAROL :<br>MAFFETT, :<br><br>  Defendants : | CIVIL ACTION<br>NO. 06-409-GMS |

**CERTIFICATION BY LILA WYNNE, ESQUIRE
TO BE ADMITTED *PRO HAC VICE*** 

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New Jersey and the Commonwealth of Pennsylvania and admitted to practice in the United States District Court for the District of New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this Motion.

                                                */s/ Lila Wynne*
LILA WYNNE, ESQUIRE
MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
Woodland Falls Corporate Park
200 Lake Drive East, Suite 300
Cherry Hill, NJ  08002
856-414-6000
856-414-6077 – facsimile
LTWynne@mdwcg.com

Dated:  October 16, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff : | CIVIL ACTION |
| : | NO. 06-409-GMS |
| v. : | |
| : | |
| M.A. HANNA PLASTICS GROUP, INC., : | |
| WILMINGTON ECONOMIC DEVELOPMENT : | |
| CORPORATION AND SIDNEY and CAROL : | |
| MAFFETT, : | |
| : | |
| Defendants : | |

**CERTIFICATION OF MARC R. JONES, ESQUIRE
TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New Jersey and the Commonwealth of Pennsylvania and admitted to practice in the United States District Court for the District of New Jersey and the Eastern District of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this Motion.

*/s/ Marc R. Jones*
MARC R. JONES, ESQUIRE
MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
Woodland Falls Corporate Park
200 Lake Drive East, Suite 300
Cherry Hill, NJ  08002
856-414-6000
856-414-6077 – facsimile
MRJones@mdwcg.com

Dated:  October 16, 2007

15/542866.v1