UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Civil Action No. 06-409 (GMS)

ORDER

SCHEDULING STATUS TELECONFERENCE

IT IS HEREBY ORDERED that a status telephone conference in this matter has been set for **Monday, October 22, 2007 at 10:00 a.m.** Counsel for the plaintiff(s) is directed to coordinate and initiate the telephone conference call to chambers at (302) 573-6470.

    /s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE