IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil Action No.  06-409 GMS |
| | ) | |
| M.A. HANNA PLASTICS GROUP, INC., | ) | |
| WILMINGTON ECONOMIC DEVELOPMENT | ) | |
| CORPORATION, AND SIDNEY AND CAROL | ) | |
| MAFFETT, | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED SCHEDULING ORDER**

This 1st day of November 2007, the Court having conducted a Status Teleconference on October 22, 2007, IT IS hereby ORDERED that the Scheduling Order dated December 5, 2006 be amended as follows:

1. **Discovery**.  All fact discovery in this case shall be initiated so that it will be completed on or before **December 31, 2007**.  Expert Discovery in this case shall be initiated so that it will be completed on or before **February 15, 2008** .  Opening expert reports on issues for which a party bears the burden of proof shall be served on **January 15, 2008** with responsive expert reports on **January 29, 2008**.

    a.  **Discovery and Scheduling Matters**:  Should counsel find they are unable to resolve a discovery or scheduling matter, the party seeking the relief shall contact chambers at (302) 573-6470 to schedule a telephone conference.  Not less than forty-eight hours prior to the teleconference, the parties shall file with the court, via electronic means (CM/ECF),  a **joint**, **non-**

**argumentative** letter agenda not to exceed two (2) pages outlining the issue(s) in dispute. A sample letter can be located on this court's website at www.ded.uscourts.gov. After the parties have had three (3) discovery teleconferences, they will be required to file a joint letter showing good cause why the court should permit a fourth discovery teleconference. Should the court find further briefing necessary upon conclusion of the telephone conference, unless otherwise directed, the party seeking relief shall file with the court a **TWO PAGE LETTER**, exclusive of exhibits, describing the issues in contention. The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than **TWO PAGES**. The party seeking relief may then file a reply letter of no more than **TWO PAGES** within three (3) days from the date of service of the answering letter.

    2.  **Settlement Conference**:  Pursuant to 28 U.S.C. §636, this matter is referred to the United States Magistrate for the purpose of exploring the possibility of a settlement. If the parties agree that the possibility of settlement may be enhanced by such referral, the parties shall contact Magistrate Judge Stark to schedule a settlement conference with counsel and clients.

    3.  **Pretrial Conference**. On **March 31, 2008**, beginning at **9:30 a.m**., the Court will hold a Pretrial Conference in Chambers with counsel. Unless otherwise ordered by the Court, the parties should assume that filing the Joint Pretrial Order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). A sample form of Pretrial Order can be located on this court's website at www.ded.uscourts.gov. Thirty (30) days before the Joint Proposed Pretrial Order is due, plaintiff's counsel shall forward to defendant's counsel a draft of the pretrial order containing the information plaintiff proposes to include in the draft. Defendant's counsel shall, in turn, provide to plaintiff's counsel any comments on the plaintiff's draft as well as the information defendant

proposes to include in the proposed pretrial order. **Motions *in limine*:** No party shall file more than five(5) motions *in limine*. Briefs **(opening, answering and reply)** on all motions *in limine* shall be filed by **March 14, 2008**. Opening and answering briefs shall not exceed five (5) pages and reply briefs shall not exceed three (3) pages The parties shall file with the court the **joint** proposed final pretrial order with the information required by the form of Final Pretrial Order which can be located on this court's website at www.ded.uscourts.gov on or before **March 14, 2008**.

    4. **Trial**. This matter is scheduled for a 10-day jury trial beginning at **9:30 a.m.** on **April 7, 2008**.

    5. **Scheduling**: The parties shall contact chambers, at (302) 573-6470, only in situations where scheduling relief is sought, and only then when ALL participating counsel is on the line for purposes of selecting a new date.

                                                  /s/ Gregory M. Sleet
                                                 CHIEF, UNITED STATES DISTRICT JUDGE