

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

The Nemours Building            (302) 573-6277 x 156
1007 Orange Street, Suite 700   FAX (302) 573-6220
P.O. Box 2046                   TTY (302) 573-6274
Wilmington, Delaware 19899-2046 Toll Free (888) 293-8162
                                *Patricia.Hannigan@usdoj.gov*

November 8, 2007

**VIA CM/ECF**

Honorable Gregory M. Sleet
U.S. District Judge
J. Caleb Boggs Federal Bldg
844 N. King Street, Room 4324
Lockbox 19
Wilmington, DE 19801

    RE:    United States v. M.A. Hanna Plastics Groups, Inc., et al.
              <u>Civil Action No. 06-409-GMS</u>

Dear Chief Judge Sleet:

    I am in receipt of Your Honor's Scheduling Order of November 1, 2007. I note that the Court has scheduled a 10-day jury trial in this matter. While I expect we will address this issue more fully in connection with the pretrial order, I simply wanted to alert the Court to the United States' position that the defendants in this matter are not entitled to trial by jury.

    If the Court would prefer that the parties address this issue through some vehicle other than the Pretrial Order, I am happy to do so.

    I am, of course, available if Your Honor has questions or comments.

                                  Respectfully,

                                  COLM F. CONNOLLY
                                  United States Attorney

                            By: <u>/s/Patricia C. Hannigan</u>
                                Patricia C. Hannigan
                                Assistant United States Attorney

PCH:md

cc:    Robert W. Whetzel, Esquire/VIA CM/ECF
       Michael W. Arrington, Esquire/VIA CM/ECF
       Kenneth E. Aaron, Esquire VIA First Class Mail
       Todd Anthony Coomes, Esquire/VIA CM/ECF
       John Anthony Macconi, Jr, Esquire/VIA CM/ECF
       Lila T. Wynne, Esquire/VIA CM/ECF
       Andrew Goldman, Esquire/VIA First Class Mail