## ANNEX 2

### Stipulation and Protective Order Confidentiality Agreement

The undersigned is currently working at **CH2M HILL, INC** which is located at **ENGLEWOOD, COLORADO**. During the past year the undersigned (CH2M HILL, INC by A) has been employed or otherwise engaged as a consultant or contractor by the following company located at the following address: **POLYONE Corp., 33587 WALKER ROAD, AVON LAKE, OHIO 44012**. The undersigned hereby acknowledges that he/she has read the foregoing Stipulation and Protective Order ("Protective Order") executed by the attorneys of record for the parties in the action presently pending in the U.S. District Court for the District of **Delaware**, entitled United States v. **M.A. HANNA, ET AL.**, understands the terms thereof, and agrees, upon threat of penalty of contempt, to be bound by such terms. The undersigned understands that disclosure of information which has been designated as confidential business information by the submitter of that information may cause substantial harm to the affected business' competitive position. Accordingly, among other responsibilities, the undersigned shall only share such information with persons specifically authorized to receive the information pursuant to the Protective Order, shall retain the information in a secure manner, and shall use such information only for the purposes authorized by the Protective Order. The undersigned understands that the pledge of confidentiality under this Agreement continues after the lawsuit is over. Furthermore, the undersigned understands that a breach of the Protective Order may subject him/her to civil claims for damages and to criminal prosecution under 42 U.S.C. 9604(o)(7)(B).

Dated: 11/12/2007

Signed: *Catherine Barnett*
Catherine Barnett
Vice President
CH2M HILL

PDF created with pdfFactory Pro trial version www.pdffactory.com