

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*　　　　　　　*(302) 573-6277 x 156*
*1007 Orange Street, Suite 700*　　　*FAX (302) 573-6220*
*P.O. Box 2046*　　　　　　　　　　　*TTY (302) 573- 6274*
*Wilmington, Delaware 19899-2046*　　*Toll Free (888) 293-8162*
　　　　　　　　　　　　　　　　*Patricia.Hannigan@usdoj.gov*

November 21, 2007

**VIA CM/ECF**

Honorable Gregory M. Sleet
U.S. District Judge
J. Caleb Boggs Federal Bldg
844 N. King Street, Room 4324
Lockbox 19
Wilmington, DE 19801

    RE:    United States v. M.A. Hanna Plastics Groups, Inc., et al.
            Civil Action No. 06-409-GMS

Dear Chief Judge Sleet:

    I write to inform the court that the Consent Decree entered into in this matter between Plaintiff United States of America and Defendants Sidney and Carol Maffett, lodged with the court on or about September 6, 2007, has been published in the Federal Register, as required by federal regulations, for a period of public comment. No comments have been received and the comment period has now expired. Accordingly, we ask that Your Honor sign the Consent Decree, entering it as an Order of the Court.

    I am, of course, available if Your Honor has questions or comments.

                                 Respectfully,

                                 COLM F. CONNOLLY
                                 United States Attorney

                         By: /s/Patricia C. Hannigan
                            Patricia C. Hannigan
                            Assistant United States Attorney

PCH:md

cc:    Robert W. Whetzel, Esquire/VIA CM/ECF
       Michael W. Arrington, Esquire/VIA CM/ECF
       Todd Anthony Coomes, Esquire/VIA CM/ECF
       John Anthony Macconi, Jr, Esquire/VIA CM/ECF
       Lila T. Wynne, Esquire/VIA CM/ECF
       Andrew Goldman, Esquire/VIA First Class Mail