

## U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

*The Nemours Building*     *(302) 573-6277 x 156*
*1007 Orange Street, Suite 700*     *FAX (302) 573-6220*
*P.O. Box 2046*     *TTY (302) 573- 6274*
*Wilmington, Delaware 19899-2046*     *Toll Free (888) 293-8162*
    *Patricia.Hannigan@usdoj.gov*

November 21, 2007

**VIA CM/ECF**

Honorable Leonard P. Stark
U.S. Magistrate Judge
J. Caleb Boggs Federal Bldg
844 N. King Street, Room 2325
Lockbox 26
Wilmington, DE 19801

       RE:    **United States v. M.A. Hanna Plastics Groups, Inc., et al.**
              **Civil Action No. 06-409-GMS**

Dear Magistrate Judge Stark:

       I write in advance of the mediation scheduled with Your Honor on this matter on December 18, 2007, to advise the court that it appears the Defendants Sidney and Carol Maffett will not need to participate in the mediation. The Consent Decree entered into between the Plaintiff United States of America and the Maffetts has been published in the Federal Register, as required by federal regulations, for a period of public comment. No comments have been received and the comment period has now expired. Accordingly, we are today asking Chief Judge Sleet to sign the Consent Decree, entering it as an Order of the Court. Upon the signing of the Consent Decree by Judge Sleet, we anticipate the litigation between the Government and the Maffetts will be concluded.

       I am, of course, available if Your Honor has questions or comments.

                                          Respectfully,

                                          COLM F. CONNOLLY
                                          United States Attorney

                              By: /s/Patricia C. Hannigan
                                 Patricia C. Hannigan
                                 Assistant United States Attorney

PCH:md

cc:  Robert W. Whetzel, Esquire/VIA CM/ECF
     Michael W. Arrington, Esquire/VIA CM/ECF
     Todd Anthony Coomes, Esquire/VIA CM/ECF
     John Anthony Macconi, Jr, Esquire/VIA CM/ECF
     Lila T. Wynne, Esquire/VIA CM/ECF
     Andrew Goldman, Esquire/VIA First Class Mail