IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                    :
                                             :
                    Plaintiff,               :
                                             :
         v.                                  :     Civil Action No. 06-409-GMS
                                             :
M.A. HANNA PLASTICS GROUP, INC.,             :
WILMINGTON ECONOMIC                          :
DEVELOPMENT CORPORATION,                     :
AND SIDNEY AND CAROL MAFFETT,                :
                                             :
                    Defendants.              :

## NOTICE OF SERVICE

I Patricia C. Hannigan, hereby certify that on **November 21, 2007**, copies of **UNITED STATES' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT M.A. HANNA PLASTICS GROUP, INC** was served, via First Class U.S. Mail, postage prepaid, upon counsel at the following addresses:

**Robert W. Whetzel, Esquire**
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7634
(302) 651-7701 (FAX)
whetzel@rlf.com
gibson@rlf.com

**Michael W. Arrington, Esquire**
Parkowski, Guerke & Swayze
800 King Street, Suite 203
Wilmington, DE 19801
(302) 594-3333
(302) 654-3033 (FAX)
marrington@pgslegal.com

**Todd Anthony Coomes, Esquire**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7507
Fax: (302) 498-7507
coomes@rlf.com

**John Anthony Macconi, Jr, Esquire**
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899
(302) 552-4377 (direct dial)
(302) 552-4300
(302) 651-7905 (FAX)
jamacconi@mdwcg.com

**Lila T. Wynne, Esquire**
Marshall, Dennehey, Warner, Coleman &
Goggin
Woodland Falls Corporate Park
200 Lake Drive East, Suite 300
Cherry Hill, NJ 08002
856-414-6000 - main
856-414-6026 - direct
856-414-6077 - fax

LTWynne@MDWCG.com


                              COLM F. CONNOLLY
                              United States Attorney

                         By: /s/Patricia C. Hannigan
                              Patricia C. Hannigan
                              Assistant United States Attorney
                              Delaware Bar I.D. No. 2145
                              The Nemours Building
                              1007 Orange Street, Suite 700
                              P. O. Box 2046
                              Wilmington, DE 19899-2046
                              (302) 573-6277
                              Patricia.Hannigan@usdoj.gov