

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*             (302) 573-6277 x 156
*1007 Orange Street, Suite 700*        FAX (302) 573-6220
*P.O. Box 2046*                  TTY (302) 573- 6274
*Wilmington, Delaware 19899-2046*    Toll Free (888) 293-8162
                         *Patricia.Hannigan@usdoj.gov*

December 4, 2007

**VIA CM/ECF**

Honorable Leonard P. Stark
Magistrate Judge
J. Caleb Boggs Federal Bldg
844 N. King Street, Room 2325
Lockbox 26
Wilmington, DE 19801

      RE:   **United States v. M.A. Hanna Plastics Groups, Inc., et al.**
             **Civil Action No. 06-409-GMS**

Dear Magistrate-Judge Stark:

      Pursuant to the Court's Order of November 14, 2007, enclosed please find a list of all individuals who expect to attend the mediation conference in the referenced case on December 18, 2007, on behalf of the United States.

      As Your Honor knows, the Government requires many layers of settlement approval in a case such as this. Among other things, any proposed Consent Decree that the parties may enter into would have to be published in the Federal Register for a period of public comment before the settlement could be finalized. Accordingly, we request a modification of the Court's requirement that the mediation be attended by "the party/parties and/or decision maker(s) of the parties, who must have full authority to act on behalf of the parties, including the authority to negotiate a resolution of the matter and to respond to developments during the mediation process." As Your Honor can see from the enclosed list, in addition to the four individuals who expect to attend in person, several layers of Government decision makers will be available by telephone during the mediation. We ask that the Court consider this adequate representation of the Government for purposes of the mediation.

I am, of course, available if Your Honor has questions or comments. We look forward to meeting with the Court on December 18, and we appreciate Your Honor's availability to assist the parties in their efforts to find common ground.

                                      Respectfully,

                                      COLM F. CONNOLLY
                                      United States Attorney

                               By: /s/Patricia C. Hannigan
                                    Patricia C. Hannigan
                                    Assistant United States Attorney

PCH:md
Enclosure

cc:    Robert W. Whetzel, Esquire/VIA CM/ECF
       Michael W. Arrington, Esquire/VIA CM/ECF
       Todd Anthony Coomes, Esquire/VIA CM/ECF
       John Anthony Macconi, Jr, Esquire/VIA CM/ECF
       Lila T. Wynne, Esquire/VIA CM/ECF
       Andrew Goldman, Esquire/VIA First Class Mail
       Nancy Flickinger, Trial Attorney/VIA First Class Mail

Persons participating in the December 18, 2007 mediation conference on behalf of Plaintiff United States are:

<u>In Person</u>

1. Patricia Hannigan, Esquire
   Assistant United States Attorney
   1007 Orange Street
   Suite 700
   Wilmington, DE 19899-2046
   Work: (302) 573-6277
   Email: patricia.hannigan@usdoj.gov

   Ms. Hannigan is the lead attorney for the United States in this matter.

2. Andrew S. Goldman (3RC41)
   Sr. Assistant Regional Counsel
   U.S. Environmental Protection Agency–Region 3
   1650 Arch Street
   Philadelphia, PA 19103
   Work: (215) 814-2487
   Email: goldman.andrew@epa.gov

   Mr. Goldman is the EPA attorney assigned to this matter.

3. Mike Welsh (3HS61)
   Risk Management Program Coordinator
   Oil and Prevention Branch
   Office of Enforcement
   Hazardous Site Cleanup Division
   U.S. Environmental Protection Agency–Region 3
   (215) 814-3285

   Mr. Welsh is substituting for the Cost Recovery Branch staff level employee assigned to this matter.

4. Laura Janson (3HS62)
   Chief, Cost Recovery Branch
   Office of Enforcement
   Hazardous Site Cleanup Division
   U.S. Environmental Protection Agency–Region 3
   (215) 814-3145

   Ms. Janson is a first-line supervisor responsible for recovering EPA's response costs.

<u>Via Telephone As Needed</u>

5. Jim Williams (3HS62)
   Civil Investigator
   Cost Recovery Branch
   Office of Enforcement
   Hazardous Site Cleanup Division
   U.S. Environmental Protection Agency–Region 3
   1650 Arch Street
   Philadelphia, PA 19103
   (215) 814-3176

   Mr. Williams has knowledge regarding the transactions upon which the United States bases its allegation that defendant M.A. Hanna Plastics Group, Inc. is a corporate successor to the Electric Hose and Rubber Company.

6. Leo Mullin (3HS62)
   Cost Recovery Expert
   Cost Recovery Branch
   Office of Enforcement
   Hazardous Site Cleanup Division
   U.S. Environmental Protection Agency–Region 3
   1650 Arch Street
   Philadelphia, PA 19103
   (215) 814-3172

   Mr. Mullin has knowledge regarding defendant WEDCO's finances.

7. Karen Melvin (3HS60)
   Associate Director
   Office of Enforcement
   Hazardous Site Cleanup Division
   U.S. Environmental Protection Agency–Region 3
   1650 Arch Street
   Philadelphia, PA 19103
   (215) 814-3275

   Ms. Melvin is a second-line supervisor in the office responsible for Superfund enforcement matters and can respond on behalf of EPA to settlement offers outside the parameters established in Section VI (Settlement Proposal) of this Memorandum.

8.  Nancy Flickinger
    Trial Attorney
    United States Department of Justice
    Land and Natural Resources Division
    Environmental Enforcement Section
    U.S. Department of Justice
    601 D Street, N.W.
    Washington, D.C.   20004
    Work: (202) 514-5258
    Email: nflickin@enrd.usdoj.gov

    Ms. Flickinger is a trial attorney within the Department of Justice, Environment and Natural Resources Division, who can respond to settlement offers on behalf of the Department of Justice to settlement offers outside the parameters established in Section VI (Settlement Proposal) of this Memorandum.