IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| United States of America, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civ. No. 06-409-GMS |
| | : |
| M.A. Hanna Plastics Group, Inc., | : |
| Wilmington Economic Development | : |
| Corporation, and Sidney and Carol Maffett, | : |
| | : |
| Defendants. | : |

ORDER

At Wilmington this **19th** day of **December, 2007,**

IT IS ORDERED that a further mediation conference is scheduled for **January 14, 2008** beginning at **9:00 a.m.** This Court's November 14, 2007 Order (D.I. 104) shall continue to govern the mediation conference in all respects.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE