IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,                                           : | |
| : | |
| Plaintiff                                                                              : | |
| : | |
| v.                                                                                       : | Civil Action No. 06-409-GMS |
| : | |
| M.A. HANNA PLASTICS GROUP, INC.,              : | **JURY TRIAL DEMANDED** |
| WILMINGTON ECONOMIC                                        : | |
| DEVELOPMENT CORPORATION                               : | |
| AND SIDNEY AND CAROL MAFFETT               : | |
| : | |
| Defendants                                                                       : | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 19, 2007, copies of Defendant Wilmington Economic Development Corporation's NOTICE OF 30(b)(6) DEPOSITION OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY were served on counsel as identified below:

**BY HAND DELIVERY**
Patricia C. Hannigan, Esquire
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19899-2046

John A. Macconi, Jr., Esquire
Marshall, Dennehy, Warner,
 Coleman & Goggin
1220 N. Market Street, Suite 500
Wilmington, Delaware 19899

**BY FEDERAL EXPRESS**
Lila T. Wynne, Esquire
Marshall, Dennehy, Warner,
 Coleman & Goggin
Woodland Falls Corporate Park, Suite 300
200 Lake Drive East
Cherry Hill, New Jersey 08002

RLF1-3236546-1

|  |  |
|---|---|
| Dated: December 19, 2007 | _/s/ Robert W. Whetzel_<br>Robert W. Whetzel (#2288)<br>Todd A. Coomes (#4694)<br>RICHARDS, LAYTON & FINGER PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>whetzel@rlf.com<br>coomes@rlf.com<br>Attorneys for Defendant Wilmington<br>Economic Development Corporation |