IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| United States of America, | : |
| | : |
| Plaintiff, | : |
| v. | :    Civ. No. 06-409-GMS |
| | : |
| M.A. Hanna Plastics Group, Inc., | : |
| Wilmington Economic Development | : |
| Corporation, and Sidney and Carol Maffett, | : |
| | : |
| Defendants. | : |

### ORDER

At Wilmington this **14th** day of **January, 2008,**

IT IS ORDERED that a further mediation conference is scheduled for **February 8, 2008** beginning at **9:00 a.m.**

IT IS FURTHER ORDERED that on or before **February 5, 2008**, all parties should advise the Court and the other parties to this matter of the identities and titles of the participants at the forthcoming mediation session. The participants for the government must include an attorney from the Department of Justice in Washington, DC and the Civil Chief from the U.S. Attorney's Office for the District of Delaware. The participants for M.A. Hanna Plastics Groups, Inc. must include a high-level client representative with authority to resolve this matter. In all other respects, this Court's November 14, 2007 Order (D.I. 104) shall continue to govern the mediation conference.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE