IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil Action No. 06-409-GMS |
| : | |
| M.A. HANNA PLASTICS GROUP, INC., : | **JURY TRIAL DEMANDED** |
| WILMINGTON ECONOMIC : | |
| DEVELOPMENT CORPORATION : | |
| AND SIDNEY AND CAROL MAFFETT : | |
| : | |
| Defendants : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 29, 2009, copies of Defendant Wilmington Economic Development Corporation's Disclosure of Expert Testimony were served on counsel as identified below:

**BY HAND DELIVERY**

Patricia C. Hannigan, Esquire
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19899-2046

John A. Macconi, Jr., Esquire
Marshall, Dennehy, Warner,
  Coleman & Goggin
1220 N. Market Street, Suite 500
Wilmington, Delaware 19899

**BY FEDERAL EXPRESS**

Lila T. Wynne, Esquire
Marshall, Dennehy, Warner,
  Coleman & Goggin
Woodland Falls Corporate Park, Suite 300
200 Lake Drive East
Cherry Hill, New Jersey 08002

|  |  |
|---|---|
| Dated: January 29, 2008 | /s/ Robert W. Whetzel<br>Robert W. Whetzel (#2288)<br>Todd A. Coomes (#4694)<br>RICHARDS, LAYTON & FINGER PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>whetzel@rlf.com<br>coomes@rlf.com<br>Attorneys for Defendant Wilmington<br>Economic Development Corporation |