# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>M.A. HANNA PLASTICS GROUP, INC.;<br>WILMINGTON ECONOMIC<br>DEVELOPMENT CORPORATION; and<br>SIDNEY and CAROL MAFFETT,<br><br>    Defendants. | CIVIL ACTION NO.: 06-409-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 29, 2008, copies of Defendant, M.A. Hanna Plastics Group, Inc.'s Disclosure of Expert Testimony were served on counsel via e-mail and hand delivery as identified below:

Patricia C. Hannigan, Esquire
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19899-2046

Robert W. Whetzel, Esquire
Todd A. Coomes, Esquire
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

By: /s/ *John A. Macconi, Jr.* DE ID No. 4430
JOHN A. MACCONI, JR., ESQUIRE
MARSHALL, DENNEHEY, WARNER,
    COLEMAN & GOGGIN
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899-8888
302-552-4300

On behalf of Defendant,
M.A. Hanna Plastics Group, Inc.

OF COUNSEL:

LILA WYNNE, ESQUIRE
MARSHALL, DENNEHEY, WARNER,
    COLEMAN & GOGGIN
Woodland Falls Corporate Park
200 Lake Drive East, Suite 300
Cherry Hill, NJ  08002
856-414-6000

On behalf of Defendant,
M.A. Hanna Plastics Group, Inc.