IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-409-GMS |
| M.A. HANNA PLASTICS GROUP, INC., WILMINGTON ECONOMIC DEVELOPMENT CORPORATION, AND SIDNEY AND CAROL MAFFETT, | : |
| Defendants. | : |

## NOTICE OF SERVICE

I Patricia C. Hannigan, hereby certify that on **January 29, 2008**, copies of **the UNITED STATES' DISCLOSURE OF EXPERT TESTIMONY** was served on counsel, as identified below, at the following address:

**VIA HAND DELIVERY**

**Robert W. Whetzel, Esquire**
**Todd Anthony Coomes, Esquire**
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7634
(302) 651-7507
(302) 651-7701 (FAX)
(302) 498-7507 (FAX)
whetzel@rlf.com
coomes@rlf.com

**VIA HAND DELIVERY**

**John Anthony Macconi, Jr, Esquire**
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899
(302) 552-4377 (direct dial)
(302) 552-4300
(302) 651-7905 (FAX)
jamacconi@mdwcg.com

**VIA FEDERAL EXPRESS**

**Lila T. Wynne, Esquire**
Marshall, Dennehey, Warner, Coleman & Goggin
Woodland Falls Corporate Park
200 Lake Drive East, Suite 300
Cherry Hill, NJ 08002
856-414-6000 - main
856-414-6026 - direct
856-414-6077 - fax

LTWynne@MDWCG.com

                              COLM F. CONNOLLY
                              United States Attorney

By: /s/Patricia C. Hannigan
     Patricia C. Hannigan
     Assistant United States Attorney
     Delaware Bar I.D. No. 2145
     The Nemours Building
     1007 Orange Street, Suite 700
     P. O. Box 2046
     Wilmington, DE 19899-2046
     (302) 573-6277
     Patricia.Hannigan@usdoj.gov