# U.S. Department of Justice



*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*  (302) 573-6277 x 156
*1007 Orange Street, Suite 700*  FAX (302) 573-6220
*P.O. Box 2046*  TTY (302) 573- 6274
*Wilmington, Delaware 19899-2046*  Toll Free (888) 293-8162
Patricia.Hannigan@usdoj.gov

January 30, 2008

**VIA CM/ECF**

Honorable Leonard P. Stark
Magistrate Judge
J. Caleb Boggs Federal Bldg
844 N. King Street, Room 2325
Lockbox 26
Wilmington, DE 19801

    RE:    **United States v. M.A. Hanna Plastics Groups, Inc., et al.**
              **Civil Action No. 06-409-GMS**

Dear Magistrate-Judge Stark:

    I write in advance of our third day of mediation scheduled in the referenced matter for February 8, 2008. The attendees on behalf of the United States will be the following:

    David Weiss, Civil Chief
    United States Attorney's Office
    Wilmington, Delaware

    Catherine Malinin Dunn, Trial Attorney
    Environmental Enforcement Section
    Environment and Natural Resources Division
    United States Department of Justice

    Patricia Hannigan, Assistant United States Attorney
    United States Attorney's Office
    Wilmington, Delaware

    Andrew Goldman
    Sr. Assistant Regional Counsel
    U.S. Environmental Protection Agency–Region 3

Laura Janson
Chief, Cost Recovery Branch
Hazardous Site Cleanup Division
EPA Region 3

Michael Welsh
Risk Management Program Coordinator
Oil Prevention Branch
Hazardous Site Cleanup Division
EPA Region 3
[on detail to the Cost Recovery Branch]

Jim Williams
Investigator
Cost Recovery Branch
Hazardous Site Cleanup Division
EPA Region 3

          Respectfully,

          COLM F. CONNOLLY
          United States Attorney

          By: /s/Patricia C. Hannigan
             Patricia C. Hannigan
             Assistant United States Attorney

PCH:md
Enclosure

cc:    Robert W. Whetzel, Esquire/VIA CM/ECF
       Todd Anthony Coomes, Esquire/VIA CM/ECF
       John Anthony Macconi, Jr, Esquire/VIA CM/ECF
       Lila T. Wynne, Esquire/VIA CM/ECF
       Andrew Goldman, Esquire/VIA First Class Mail
       Nancy Flickinger, Trial Attorney/VIA First Class Mail