A REGIONAL DEFENSE LITIGATION LAW FIRM

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION    www.marshalldennehey.com

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

FLORIDA
Fort Lauderdale
Jacksonville
Orlando
Tampa

OHIO
Akron

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4377**
**Email: jamacconi@mdwcg.com**

February 1, 2008



*Via CM/ECF*

U.S. Magistrate Judge Leonard P. Stark
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 26
Room 2325
Wilmington, DE 19801

    *RE:*    *U.S. v. M.A. HANNA, et al.*
            *Civil Action No.:*    06-409-GMS
            *Our File No.:*    12177-00204

Dear Judge Stark:

    Please be advised that the attendees on behalf of Defendant, M.A. Hanna Plastics Group, Inc. will be as follows:

    Dena Kobasic, Assistant General Counsel
    PolyOne Corporation

    Lila Wynne, Esquire
    Marshall, Dennehey, Warner, Coleman & Goggin
    Counsel for Defendant, M.A. Hanna Plastics Group, Inc.

    Marc R. Jones, Esquire
    Marshall, Dennehey, Warner, Coleman & Goggin
    Counsel for Defendant, M.A. Hanna Plastics Group, Inc.

    John A. Macconi, Jr., Esquire
    Marshall, Dennehey, Warner, Coleman & Goggin
    Counsel for Defendant, M.A. Hanna Plastics Group, Inc.

U.S. Magistrate Judge Leonard P. Stark
February 1, 2008
Page 2

---

    We look forward to meeting with Your Honor on February 8, 2008.

        Respectfully submitted,

        */s/ John A. Macconi, Jr.*
        JOHN A. MACCONI, JR.

LW/lg

cc:    Patricia C. Hannigan, Assistant United States Attorney *(Via CM/ECF)*
       Robert W. Whetzel, Esquire *(Via CM/ECF)*
       Andrew Goldman, Esquire *(Via First Class Mail)*