# RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

TODD A. COOMES
ASSOCIATE

DIRECT DIAL NUMBER
302-651-7507
COOMES@RLF.COM

February 5, 2008

**HAND DELIVERY and CM/ECF**

The Honorable Leonard P. Stark
United States District Court
Federal Building
844 King Street
Wilmington, Delaware 19801

Re: **USA v. M.A. Hanna Plastics Group, Inc. et al.**

Dear Magistrate Judge Stark:

Please be advised that the attendees on behalf of Defendant Wilmington Economic Development Corporation at the February 8, 2008 mediation session will be:

Charles H.W. Effinger, Jr., Executive Director
Wilmington Economic Development Corporation;

John A. Wheeler, Chairman
Wilmington Economic Development Corporation Board of Directors; and

Robert W. Whetzel, Esquire
Richards, Layton & Finger
Counsel for Wilmington Economic Development Corporation

Sincerely,

Todd A. Coomes

cc: Patricia C. Hannigan (Via Electronic Mail)
Andrew Goldman (Via Electronic Mail)
Lila Wynne (Via Electronic Mail)
John A. Macconi, Jr. (Via Electronic Mail)

RLF1-3249922-1