# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-409 (GMS) |
| | : | |
| M.A. HANNA PLASTICS GROUP, INC., | : | |
| WILMINGTON ECONOMIC | : | |
| DEVELOPMENT CORPORATION and | : | |
| SIDNEY AND CAROL MAFFETT, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Tracy A. Burleigh, Esquire of Marshall, Dennehey, Warner, Coleman & Goggin hereby substitutes for John A. Macconi, Jr., Esquire, formerly of Marshall, Dennehey, Warner, Coleman & Goggin, as counsel for defendant, M.A. Hanna Plastics Group, Inc., in the above action.

| | |
|---|---|
| **MINTZER, SAROWITZ, ZERIS,** | **MARSHALL, DENNEHEY, WARNER,** |
| **LEDVA & MEYERS, LLP** | **COLEMAN & GOGGIN** |
| | |
| **BY:   /s John A. Macconi, Jr.** | **BY:   /s/ Tracy A. Burleigh** |
| **JOHN A. MACCONI, JR., ESQUIRE** | **TRACY A. BURLEIGH, ESQUIRE** |
| **I.D. No. 4430** | **I.D. No. 3609** |
| **1220 N. Market Street, Suite 30** | **1220 N. Market Street, 5th Floor** |
| **Wilmington, DE  19801** | **Wilmington, DE  19801** |
| | |
| DATED:   04/09/2008 | DATED:   04/09/2008 |

15/604780.v1